UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SynQor, Inc.<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Cisco Systems, Inc.<br><br>　　　　　　Defendant. | Civil A. No. 2:14-cv-286-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION TO HOLD DEADLINE FOR RE-FILING SYNQOR'S SANCTIONS MOTION AGAINST CISCO IN ABEYANCE

On this day, the Court considered the Unopposed Motion to Hold Deadline for Re-Filing SynQor's Sanctions Motion Against Cisco in Abeyance. After considering the Motion, the Court finds that it should be, and is hereby, GRANTED.

IT IS THEREFORE ORDERED that the deadline for SynQor to re-file its sanctions motion against Cisco from Case No. 2:11-cv-444 ("'444 case") in this case is held in abeyance unless and until SynQor appeals the Court's judgment in the '444 case with respect to the '444 Defendants' violations of the injunction and unless and until SynQor obtains a reversal on that issue. Should SynQor obtain a reversal of the Court's current ruling regarding the '444 Defendants' violations of the injunction, SynQor shall re-file its sanctions motion against Cisco within 10 days of the court of appeals' mandate following such a ruling.

**SIGNED this 7th day of April, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE