## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC. | |
| Plaintiff, | Civ. No. 2:14-CV-286-MHS-CMC |
| v. | **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC. | |
| Defendant. | |

## ORDER GRANTING JOINT MOTION FOR EXPEDITED RESOLUTION OF PENDING MOTIONS FOR LEAVE TO AMEND

Before the Court is the parties' Joint Motion for Expedited Resolution of Pending Motions for Leave to Amend.  After careful consideration, the Court finds the Motion should be, and hereby is, GRANTED.  Accordingly, the Court will take up the motions at Dkt. 13 and Dkt. 20 on an expedited basis as practicable and issue any appropriate orders in due course.

**SIGNED this 21st day of April, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE