# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SynQor, Inc.<br><br>     Plaintiff,<br><br> v.<br><br>Cisco Systems, Inc.<br><br>     Defendant. | Civil Action No. 2:14-CV-286-MHS-CMC |

## NOTICE OF DESIGNATION OF LEAD COUNSEL FOR DEFENDANT CISCO SYSTEMS, INC.

Defendant, CISCO SYSTEMS, INC., files this Designation of Lead Counsel, and hereby notifies the Court that William F. Lee of the law firm WILMER CUTLER PICKERING HALE AND DORR LLP, 60 State Street, Boston, Massachusetts 02109, should be designated as lead counsel for Defendant CISCO SYSTEMS, INC. in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: April 21, 2014

By: /s/ *Michael E. Jones*
William F. Lee
 Admitted *pro hac vice*
 william.lee@wilmerhale.com
Louis W. Tompros
 Admitted *pro hac vice*
 louis.tompros@wilmerhale.com
Richard A. Goldenberg
 Admitted *pro hac vice*
 richard.goldenberg@wilmerhale.com
Rachel Gurvich
 Admitted *pro hac vice*
 rachel.gurvich@wilmerhale.com
Andrew J. Danford

{A07/07637/0021/W1169167.1 }

  Admitted *pro hac vice*
  andrew.danford@wilmerhale.com
Kelli J. Powell
  Admitted *pro hac vice*
  Kelli.powell@wilmerhale.com
Dana O. Burwell
  Admitted *pro hac vice*
  dana.burwell@wilmerhale.com
Allison Trzop
  Admitted *pro hac vice*
  Allison.trzop@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Douglas M. Kubehl
  douglas.kubehl@bakerbotts.com
Kurt Max Pankratz
  kurt.pankratz@bakerbotts.com
Christa Brown-Sanford
  christa.brown-sanford@bakerbotts.com
R Scott McClelland
  scott.mcclelland@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980
Telephone: (214) 953-6584
Facsimile: (214) 953-4584

Rachel L. Weiner
  Admitted *pro hac vice*
  rachel.weiner@wilmerhale.com
Jonathan Uffelman
  Admitted *pro hac vice*
  jonathan.uffelman@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Andrea Pacelli

Admitted *pro hac vice*
andrea.pacelli@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

David Smith (admitted *pro hac vice*)
david.smith@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Michael E. Jones
SBN: 10929400
mikejones@potterminton.com
Allen F. Gardner
SBN: 24043679
allengardner@potterminton.com
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

**ATTORNEYS FOR DEFENDANT CISCO SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 21, 2014. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*