UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SynQor, Inc.<br><br>                 Plaintiff,<br><br>   v.<br><br>Cisco Systems, Inc.<br><br>                 Defendant. | Civ. No. 2:14-CV-286-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

## **SYNQOR, INC.'S NOTICE OF LEAD ATTORNEY**

Plaintiff SynQor, Inc. ("SynQor") files this Notice of Lead Attorney giving notice that Thomas D. Rein is designated as the lead attorney for SynQor in the above-styled and numbered case.

.

| Dated: April 21, 2014 | /s/ Thomas D. Rein |
|---|---|
| | **Thomas D. Rein** (*admitted pro hac vice*) |
| | Lead Attorney |
| | trein@sidley.com |
| | **Russell E. Cass** (*admitted pro hac vice*) |
| | rcass@sidley.com |
| | **Stephanie P. Koh** (*admitted pro hac vice*) |
| | skoh@sidley.com |
| | **Bryan C. Mulder** (*admitted pro hac vice*) |
| | bmulder@sidley.com |
| | **Nathaniel C. Love** (*admitted pro hac vice*) |
| | nlove@sidley.com |
| | SIDLEY AUSTIN LLP |
| | One South Dearborn |
| | Chicago, IL 60603 |
| | Telephone: 312.853.7000 |
| | Facsimile: 312.853.7036 |
| | |
| | **Michael D. Hatcher** |
| | Texas State Bar No. 24027067 |
| | mhatcher@sidley.com |
| | **David T. DeZern** |
| | Texas State Bar No. 24059677 |
| | ddezern@sidley.com |
| | SIDLEY AUSTIN LLP |
| | 717 North Harwood, Suite 3400 |
| | Dallas, TX 75201 |
| | Telephone: 214.981.3300 |
| | Facsimile: 214.981.3400 |
| | |
| | **ATTORNEYS FOR PLAINTIFF SYNQOR, INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 21, 2014.

                                           */s/ David T. DeZern*
                                           David T. DeZern