**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SynQor, Inc.<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Cisco Systems, Inc.<br><br><br><br>　　　　　　Defendant. | Civil A. No. 2:14-cv-286-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |
| SynQor, Inc.<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Vicor Corporation<br><br><br><br>　　　　　　Defendant. | Civil A. No. 2:14-cv-287-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

**AMENDED ORDER FOCUSING PATENT CLAIMS AND PRIOR ART**

　　　On this day, the Court considered the parties' Joint Motion to Amend Order Focusing Patent Claims And Prior Art. After considering the Motion, the Court finds that it should be, and is hereby, GRANTED. IT IS THEREFORE ORDERED that the Court's prior order in Case No. 2:11-cv-54 at Dkt. 326 is hereby amended to require as follows:

　　　1.　　SynQor preliminarily reduced the asserted claims to 25 claims, total, by January 24, 2014.

2. Defendants preliminarily reduced the asserted prior art references to 30 references, total, by February 14, 2014.  A prior art instrumentality (such as a device or process) and associated references that describe that instrumentality shall count as one reference, as shall the closely related work of a single prior artist.

3. SynQor will reduce the asserted claims from the 25 claims elected pursuant to paragraph 1 to 18 claims, total, within 5 days of the close of discovery in these cases.

4. Defendant Cisco and Defendant Vicor will each reduce the asserted prior art references from the 30 prior art references elected pursuant to paragraph 2 to 15 references apiece within two weeks of SynQor's election of asserted claims pursuant to paragraph 3.  The references in each defendant's set of 15 references may be the same or different from the other defendant's set of 15 references, but each defendant may only use the references it selects for its set of 15 references.  For the purposes of this final election of asserted prior art, each obviousness combination shall count as a separate prior art reference.

**SIGNED this 25th day of April, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE