UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SynQor, Inc.<br><br>      Plaintiff,<br><br>v.<br><br>Cisco Systems, Inc.<br><br><br><br>      Defendant. | Civil A. No. 2:14-cv-286-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR SUPPLEMENTAL BRIEFING REGARDING CONSTRUCTION OF CLAIM 28**

On this day, the Court considered Cisco's Unopposed Motion for Supplemental Briefing Regarding Construction of Claim 28. After considering the Motion, the Court finds that it should be, and is hereby, GRANTED. IT IS THEREFORE ORDERED that parties shall submit additional briefing regarding the proper construction of the term "isolation stage" in claim 28 of U.S. Patent No. 7,072,190 on the following schedule:

| Date | Event |
|---|---|
| May 8 | Cisco shall submit an opening claim construction brief of no more than 10 pages |
| May 22 | SynQor shall submit a responsive claim construction brief of no more than 10 pages |
| May 29 | Cisco shall submit a reply brief of no more than 5 pages |
| June 5 | SynQor shall submit a sur-reply brief of no more than 5 pages |

**SIGNED this 30th day of April, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE