**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SynQor, Inc.<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Cisco Systems, Inc.<br><br>　　　　　　　Defendant. | Civ. No. 2:14-CV-286-MHS-CMC |
| SynQor, Inc.<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Vicor Corporation<br><br>　　　　　　　Defendant. | Civ. No. 2:14-CV-287-MHS-CMC |

**JOINT REPORT DESIGNATING MEDIATOR**

　　　The parties jointly file this joint report notifying the Court that Judge David Folsom is the agreed upon mediator for the above referenced cases.

Respectfully submitted,

Dated:  May 2, 2014                    */s/ Thomas D. Rein*
                                                        **Thomas D. Rein** (*admitted pro hac vice*)
Lead Attorney
trein@sidley.com
**Russell E. Cass** *(admitted pro hac vice)*
rcass@sidley.com
**Stephanie P. Koh** (*admitted pro hac vice*)
skoh@sidley.com
**Bryan C. Mulder**  (*admitted pro hac vice*)
bmulder@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone:     312.853.7000
Facsimile:     312.853.7036

**Michael D. Hatcher**
Texas State Bar No. 24027067
mhatcher@sidley.com
**David T. DeZern**
Texas State Bar No. 24059677
ddezern@sidley.com
SIDLEY AUSTIN LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone:     214.981.3300
Facsimile:     214.981.3400

***ATTORNEYS FOR PLAINTIFF SYNQOR, INC.***

*/s/ Louis W. Tompros*

| | |
|---|---|
| Douglas M. Kubehl<br>  douglas.kubehl@bakerbotts.com<br>Kurt M. Pankratz<br>  kurt.pankratz l@bakerbotts.com<br>Christa Brown-Sanford<br>  christa.brown-sanford@bakerbotts.com<br>Roshan S. Mansinghani<br>  roshan.mansinghani@bakerbotts.com<br>R. Scott McClelland<br>  scott.mcclelland@bakerbotts.com<br>**BAKER BOTTS L.L.P.**<br>2001 Ross Avenue, Suite 600<br>Dallas, Texas 75201-2980<br>Telephone: (214) 953-6584<br>Facsimile: (214) 953-4584 | William F. Lee (admitted *pro hac vice*)<br>  william.lee@wilmerhale.com<br>Louis W. Tompros (admitted *pro hac vice*)<br>  louis.tompros@wilmerhale.com<br>Richard A. Goldenberg (admitted *pro hac vice*)<br>  richard.goldenberg@wilmerhale.com<br>Rachel I. Gurvich (admitted *pro hac vice*)<br>  rachel.gurvich@wilmerhale.com<br>Andrew J. Danford (admitted *pro hac vice*)<br>  andrew.danford@wilmerhale.com<br>Kelli J. Powell (admitted *pro hac vice*)<br>  kelli.powell@wilmerhale.com<br>Dana O. Burwell (admitted *pro hac vice*)<br>  dana.burwell@wilmerhale.com<br>Allison Trzop (admitted *pro hac vice*)<br>  allison.trzop@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |
| Michael E. Jones (SBN: 10929400)<br>  mikejones@potterminton.com<br>Allen Franklin Gardner (SBN: 24043679)<br>  allengardner@potterminton.com<br>**POTTER MINTON**<br>A Professional Corporation<br>110 N. College, Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846 | Rachel L. Weiner (admitted *pro hac vice*)<br>  rachel.weiner@wilmerhale.com<br>Jonathan Uffelman (admitted *pro hac vice*)<br>  jonathan.uffelman@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363 |
| Andrea Pacelli (admitted *pro hac vice*)<br>  andrea.pacelli@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888 | **ATTORNEYS FOR<br>DEFENDANT CISCO SYSTEMS, INC.** |

      */s/ Linda J. Brewer*

Charles Kramer Verhoeven (*pro hac vice*)
charlesverhoeven@quinnemanuel.com
Linda J. Brewer (*pro hac vice*)
lindabrewer@quinnemanuel.com
Kathy K. Peng (*pro hac vice*)
kathypeng@quinnemanuel.com
Craig S. Menchin (*pro hac vice*)
craigmenchin@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6700
Facsimile: 415-875-6700

David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
Michelle Schmit (*pro hac vice*)
michelleschmit@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison Street, Ste 2450
Chicago, IL 60661
Telephone: 312-705-7465
Facsimile: 312-705-7401

Robert E. Hillman (*pro hac vice*), hillman@fr.com
Lawrence K. Kolodney (*pro hac vice*), kolodney@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Telephone: 617-542-5070
Facsimile: 617-542-8906

Stephen A. Marshall (*pro hac vice*), smarshall@fr.com
FISH & RICHARDSON P.C.
1425 K Street, NW
Suite 1100
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

David A. Gerasimow (*pro hac vice*), gerasimow@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza, 60 South 6th St.

Minneapolis, MN 55402
Telephone: 612-335-5070
Facsimile: 612-288-9696

Eric H. Findlay, Texas Bar No. 00789886
efindlay@findlaycraft.com
FINDLAY CRAFT, P.C.
102 North College Ave.
Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

*Attorneys for Defendant Vicor Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 2, 2014.

                                                                               */s/ David T. DeZern*
                                                                               David T. DeZern