**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SynQor, Inc.<br><br>            Plaintiff,<br><br>     v.<br><br>Cisco Systems, Inc.<br><br>            Defendant. | Civ. No. 2:14-CV-286-MHS-CMC |
| SynQor, Inc.<br><br>            Plaintiff,<br><br>     v.<br><br>Vicor Corporation<br><br>            Defendant. | Civ. No. 2:14-CV-287-MHS-CMC |

**SYNQOR, INC.'S NOTICE REGARDING DESIGNATION OF EXPERT PURSUANT TO PARAGRAPH II.1 OF THE COURT'S SCHEDULING ORDERS**

Plaintiff SynQor, Inc. ("SynQor") files this Notice Regarding Designation of Expert Pursuant to Paragraph II.1 of the Court's Scheduling Orders hereby notifying the Court that SynQor may rely on testimony from the following experts at trial on issues for which SynQor does not bear the burden of proof:

> **Dr. Steven B. Leeb**
> Room 10-069
> Massachusetts Institute of Technology
> 77 Massachusetts Avenue
> Cambridge, MA 02139-4307

SynQor further notifies the Court that on this day SynQor served Defendant Cisco Systems, Inc. and Defendant Vicor Corp. with an expert report from the aforementioned expert.

Dated: May 9, 2014 

/s/ David T. DeZern
**Thomas D. Rein** (*admitted pro hac vice*)
Lead Attorney
trein@sidley.com
**Russell E. Cass** (*admitted pro hac vice*)
rcass@sidley.com
**Stephanie P. Koh** (*admitted pro hac vice*)
skoh@sidley.com
**Bryan C. Mulder** (*admitted pro hac vice*)
bmulder@sidley.com
**Nathaniel C. Love** (*admitted pro hac vice*)
nlove@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7000
Facsimile: 312.853.7036

**Michael D. Hatcher**
Texas State Bar No. 24027067
mhatcher@sidley.com
**David T. DeZern**
Texas State Bar No. 24059677
ddezern@sidley.com
SIDLEY AUSTIN LLP
717 North Harwood, Suite 3400
Dallas, TX 75201
Telephone: 214.981.3300
Facsimile: 214.981.3400

**ATTORNEYS FOR PLAINTIFF SYNQOR, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on May 9, 2014.

/s/ David T. DeZern
David T. DeZern