# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.<br><br>                  Plaintiff,<br><br>   v.<br><br>CISCO SYSTEMS, INC.<br><br>                  Defendant. | Civ. No. 2:14-CV-286-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

Before the Court is the parties' Joint Motion to Amend Scheduling Order.  After careful consideration, the Court finds the Motion should be, and hereby is, GRANTED.  Accordingly, the Court's Scheduling Order (Dkt. 21) is hereby amended as requested and it is further ORDERED that:

**Extension of Discovery, Rebuttal Report and Dispositive Motion Deadlines**

The deadlines set forth below are amended as follows:

| Description of Deadline | Deadline |
|---|---|
| Discovery deadline | June 9, 2014 |
| Rebuttal to reports on issues on which the party does not bear the burden of proof (II.1(c)) | May 19, 2014 |
| Deadline for dispositive motions (including *Daubert* motions) | June 30, 2014 |

**Exchange of Demonstratives During Trial**

Pursuant to the parties' agreement, the exchange of demonstrative exhibits and exhibit lists during trial will proceed as follows:

1. Each party will provide by email a copy of all demonstratives and a list of exhibits it intends to use at trial the following day during direct examination by no later than **7:30 PM**.

2. The receiving party will provide any objections to such demonstratives and/or exhibits by **9:30 PM**.

3. The parties shall thereafter meet and confer in good faith to resolve objections prior to the resumption of trial.

4. If the parties are not able to resolve objections by 11:00 PM, the objecting party may file a brief written objection with the Court by **1:00 AM**, and a written response to such objection may be filed by **7:00 AM** the next day.  Regardless, the parties are strongly encouraged to continue to meet and confer to resolve any objections prior to the resumption of trial.

In light of this order and the parties' agreement regarding the exchange of demonstratives during trial, the parties need not list demonstrative exhibits in the exhibit lists to be exchanged pursuant to Dkt. 21, ¶II.8(c).

**Responses to Exhibit List Objections**

Responses to objections to exhibit lists may be filed within one week of the filing of the objections.

**Motions in Limine**

Responses to motions in limine may be filed within one week of the filing of the motion.

   **SIGNED this 22nd day of May, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE