# EXHIBIT 2

Case 2:14-cv-00286-MHS-CMC   Document 79-2   Filed 05/22/14   Page 2 of 7 PageID #: 6391

| MARTIN SCHLECHT, PH.D.  30(b)(6) | May 01, 2014 |
|---|---|
| SYNQOR vs. CISCO SYSTEMS | 1–4 |

Page 1

```
 1          UNITED STATES DISTRICT COURT
 2           EASTERN DISTRICT OF TEXAS
 3               MARSHALL DIVISION
 4   SYNQOR, INC
 5       Plaintiff        Civil Action No.:
 6                        2:14-CV-286-MHS-CMC
 7   v.
 8   CISCO SYSTEMS, INC.,
 9       Defendant
10   _____/
11
12         RULE 30(b)(6) VIDEOTAPED
13         DEPOSITION OF SYNQOR, INC.,
14      MARTIN SCHLECHT, Ph.D., DESIGNEE
15
16
17      Thursday, May 1, 2014, 9:03 a.m.
18               Wilmer Hale LLP
19               60 State Street
20             Boston, Massachusetts
21
22   Reporter:  Deborah Roth, RPR/CSR
23   Job No.:  133024
24
```

Page 2

```
 1  PRESENT:
 2  FOR THE PLAINTIFF AND DEPONENT:
    THOMAS REIN, ESQ.
 3  SIDLEY AUSTIN LLP
    One South Dearborn
 4  Chicago, Illinois 60603
    312 853 7000
 5  trein@sidley.com
 6  FOR THE DEFENDANT CISCO SYSTEMS:
    LOUIS W. TOMPROS, ESQ.
 7  WILMER CUTLER PICKERING HALE AND DOOR
    60 State Street
 8  Boston, Massachusetts 02109
    617 526 6722
 9  louis.tompros@wilmerhale.com
        -and-
10  RACHEL L. WEINER, ESQ.
    WILMER CUTLER PICKERING HALE AND DOOR
11  1875 Pennsylvania Avenue, NW
    Washington, DC 20006
12  202 633 6068
    rachel.weiner@wilmerhale.com
13
14  ALSO PRESENT:  Ara Hollisian,
                   Legal Videographer
15
```

Page 3

```
 1                I N D E X
 2  WITNESS: MARTIN F. SCHLECHT, Ph.D.
 3  EXAMINATION            PAGE
 4  By Mr. Tompros         5/90
 5  By Mr. Rein            84
 6  EXHIBITS                                PAGE
 7  Exhibit 1    Cisco's 30(b)(6) Notice
 8               Of Deposition to SynQor     4
 9  Exhibit 2    U.S. Patent 7,072,190 B2    4
10  Exhibit 3    Memorandum Opinions and
11               Order                      11
12  Exhibit 4    Prosecution History        27
13  Exhibit 5    SynQor, Inc.'s Response to
14               Non-Final Office Actions   43
15  Exhibit 6    SynQor, Inc.'s Appeal Brief 60
16  Exhibit 7    SynQor, Inc's Amendment and
17               Response to Non-Final Office
18               Action                     62
```

Page 4

```
 1        P R O C E E D I N G S
 2        (Exhibits 1 and 2 were marked for
 3        identification.)
 4        THE VIDEOGRAPHER:  This is tape
 5  No. 1 to the videotaped deposition of Martin
 6  Schlecht, Ph.D., in the matter of SynQor
 7  Incorporated versus Cisco Systems Incorporated
 8  and Vicor Corporation, being heard before the
 9  United States District Court of Eastern Texas,
10  Marshall Division.  The case number is
11  2:11-cv-54.
12        This deposition is being held at the
13  law offices of Wilmer Haler, 60 State Street,
14  Boston, Massachusetts, on May 1st, 2014.  The
15  time is 9:03 a.m.
16        My name is Ara Hollisian, and I'm
17  the videographer.  The court reporter is Deb
18  Roth of Esquire Deposition Solutions.
19        Counsel, will you please introduce
20  yourselves and affiliations, and the witness
21  will be sworn.
22        MR. TOMPROS:  Louis Tompros and
23  Rachel Weiner of Wilmer Hale on behalf of
24  Cisco.
```



Case 2:14-cv-00286-MHS-CMC   Document 79-2   Filed 05/22/14   Page 3 of 7 PageID #: 6392

MARTIN SCHLECHT, PH.D.  30(b)(6)                           May 01, 2014
SYNQOR vs. CISCO SYSTEMS                                         5–8

Page 5

1    MR. REIN:  Thomas Rein from Sidley
2  Austin on behalf of SynQor and the witness.
3    And I would just note that the case
4  number has changed.  It is now 2:14-cv-286.
5    MARTIN SCHLECHT, Ph.D.,
6  having been satisfactorily identified by the
7  production of his Massachusetts driver's
8  license, and duly sworn by the Notary Public,
9  was examined and testified as follows:
10    EXAMINATION
11    BY MR. TOMPROS:
12    Q.  Good morning, Dr. Schlecht.
13    A.  Good morning.
14    Q.  Are you presently under the influence
15  of any alcohol, medication or drugs that would
16  impair your ability to testify here today?
17    A.  No, I'm not.
18    Q.  And is there any other reason you can't
19  give your best testimony here today?
20    A.  No, there's not.
21    Q.  Thank you.
22      Like the last time I took your
23  deposition, I'm going to ask you questions.
24  If there's anything about any of my questions

Page 6

1  that you don't understand, please let me know,
2  okay?
3    A.  I will.  Although my answers, as I
4  think I mentioned last time, will be based on
5  my interpretation of your questions.
6    Q.  Understood.  Thank you.
7      You're still the chairman, chief
8  executive officer and president of SynQor,
9  right?
10    A.  Yes.
11    Q.  Dr. Schlecht, I've handed you exhibits
12  marked 1 and 2.  I'd like to start with
13  Exhibit 1.
14      Do you have that document in front
15  of you?
16    A.  I do.
17    Q.  Do you recognize it?
18    A.  (Witness reviews document.)
19      Yes, I do.
20    Q.  What is it?
21    A.  It's the notice for this deposition,
22  and among other things, a list of topics for
23  this deposition.
24    Q.  Did you review that notice in

Page 7

1  preparation for your testimony here today?
2    A.  Yes, I did.
3    Q.  And you are SynQor's designee to
4  testify on the topics in this notice; is that
5  right?
6      MR. REIN:  Let me just specify.  So
7  it's clear.  He's here subject to our
8  objections.
9      MR. TOMPROS:  Fair enough.
10    Q.  And that's correct, Dr. Schlecht,
11  you're here subject to SynQor's objections to
12  testify on the topics in this notice?
13    A.  Yes, I am.
14    Q.  Can I ask you to look at Exhibit 2.
15    A.  I have it.
16    Q.  Do you recognize it?
17    A.  Yes, I do.
18    Q.  And what is Exhibit 2?
19    A.  This is the '190 patent that's part of
20  this lawsuit.
21    Q.  Did you review it in preparation for
22  your testimony here today?
23    A.  Yes, I did.
24    Q.  Can I ask you to look at claim 27 of

Page 8

1  the '190 patent, which begins on column 18.
2    A.  I have it.
3    Q.  Claim -- if you need to take time to
4  review it, please feel free.
5      Claim 27 requires an isolation
6  stage; is that right?
7    A.  Yes.
8    Q.  And the isolation stage of claim 27
9  includes a primary transformer winding
10  circuit?
11    A.  Yes.  It comprises it.
12    Q.  So does that -- the isolation stage of
13  claim 27 must have at least one primary
14  transformer winding circuit, correct?
15    A.  Yes.
16    Q.  The primary transformer winding circuit
17  must have at least one primary winding, right?
18    A.  Yes.
19    Q.  The only place in claim 27 where there
20  is a mention of a primary winding is in the
21  primary winding -- excuse me.  Let me say that
22  again.
23      The only place in claim 27 where
24  there is mention of a primary winding is in



Case 2:14-cv-00286-MHS-CMC   Document 79-2   Filed 05/22/14   Page 4 of 7 PageID #: 6393

MARTIN SCHLECHT, PH.D.  30(b)(6)                                May 01, 2014
SYNQOR vs. CISCO SYSTEMS                                             13–16

Page 13

1   Q.  Okay.  SynQor is applying the Court's
2   construction going forward in this litigation,
3   right?
4   A.  Yes.
5   Q.  And does that construction apply to
6   claim 28?
7   A.  Well, it applies whenever the phrase
8   "fixed duty cycle" appears.
9   Q.  So in claim 28, the duty cycle of each
10  primary winding in the isolation stage is not
11  varied to control the output voltage towards a
12  predefined value, true?
13  A.  That would be the way to take the
14  Court's construction for "fixed duty cycle"
15  and read it into claim 28, yes.
16  Q.  Can I ask you to look in Exhibit 3, the
17  claim construction order, starting on Page 34.
18  A.  I have it.
19  Q.  And beginning on Page 34, there's a
20  table of agreed claim terms and agreed
21  constructions or structures.
22      Do you see that?
23  A.  I do.
24  Q.  This is a list of claim terms where --

Page 14

1   to which the parties agreed to a construction
2   or a structure, right?
3   A.  That's my understanding, yes.
4   Q.  Can I ask you to look at the term and
5   the construction for "regulation" at the
6   bottom of Page 34 that goes onto Page 35.
7   A.  I see it.
8   Q.  That the regulation is "the act of
9   controlling an output towards a predefined
10  value," right?
11  A.  Yes.
12  Q.  And then continuing on, the next
13  construction for "nonregulating" is "not
14  controlling an output towards a predefined
15  value," right?
16  A.  That's correct.
17  Q.  In claim 28, the isolation stage does
18  not control an output toward a predefined
19  value, correct?
20      MR. REIN:  I object to form.
21  A.  Not -- no.  I don't -- I don't quite
22  understand the connection you're making.
23  Q.  The output -- the isolation stage has a
24  fixed duty cycle for each primary transformer

Page 15

1   winding, right?
2   A.  Correct.
3   Q.  And under the Court's construction of a
4   fixed duty cycle, the duty cycle is not varied
5   to control an output toward a pre -- an output
6   voltage towards a predefined value, right?
7   A.  Yes.  And let's be specific.
8       The duty cycle of the voltage
9   waveform across the primary winding is not
10  varied to control the output voltage towards a
11  predefined value.
12  Q.  So the duty cycle is not varied to
13  regulate in claim 28?
14      MR. REIN:  I object to form.
15  A.  The duty cycle of the voltage across
16  the primary winding is not varied to regulate
17  the output voltage.
18  Q.  So can claim 28 encompass a converter
19  that regulates in the isolation stage?
20  A.  Yes, it can.
21  Q.  How?
22  A.  Well, for example, in the
23  specification, if we turn to column 13.
24  Q.  I'm with you.

Page 16

1   A.  Starting, let's say, perhaps in the
2   paragraph at line 24, and continuing onward,
3   perhaps halfway through column 14, is a
4   discussion of how the isolation stage can
5   provide regulation through the use of the
6   controlled rectifiers, and regulation provided
7   in that manner would still be accomplished,
8   even though the duty cycle of the voltage
9   waveform across the primary winding is fixed.
10      Then there might be other examples
11  that I could imagine if I saw a power circuit
12  that might similarly achieve regulation even
13  though the duty cycle of the primary winding
14  voltage was fixed.
15  Q.  The controlled rectifiers -- in the
16  example that you've identified in columns 13
17  and 14, how are the controlled rectifiers
18  controlled?
19  A.  Well, first, let me describe how it is
20  they -- I'm not quite sure what you mean by
21  how they are controlled.  How they achieve
22  their function of regulation?
23  Q.  Let's start with that.  How they
24  achieve their function.



Case 2:14-cv-00286-MHS-CMC   Document 79-2   Filed 05/22/14   Page 5 of 7 PageID #: 6394

MARTIN SCHLECHT, PH.D. 30(b)(6)                                May 01, 2014
SYNQOR vs. CISCO SYSTEMS                                            17–20

Page 17

1   A.  The -- as the specification in this
2   area describes, the voltage drop across the
3   controlled rectifier is typically small, and
4   there's not a number here, but let's imagine
5   .1 volts when it's carrying current.  Whereas
6   the voltage drop across the uncontrolled
7   rectifier is larger than that.  Let's say one
8   volt.
9          And so there are two different
10  schemes proposed here in column 13 and 14
11  about achieving a regulation within the range
12  of the on-state voltage of the controlled
13  rectifier versus the on-state voltage of the
14  uncontrolled rectifier.
15         One scheme, the first one discussed,
16  suggests when we turn on the controlled
17  rectifier, you don't turn it on all the way,
18  or if you will, control the on-state
19  resistance of the that controlled rectifier so
20  that its voltage drop under that condition is
21  something larger than its minimum voltage
22  drop.
23         And, of course, you can, therefore,
24  control the on-state voltage of the controlled

Page 18

1   rectifier anywhere from its lowest value up
2   until you get to the voltage drop across the
3   controlled rectifier in my example, about one
4   volt, beyond which the current would instead
5   flow through the uncontrolled rectifier, the
6   diode.
7          That's one scheme, and in terms of
8   how you would implement it, besides being
9   discussed in the text, there's also reference
10  to figure 8 showing a control circuit that
11  does that.
12         Then, perhaps in column 14, there is
13  a different approach which achieves the same
14  concept here of controlling the average
15  voltage drop across the rectifier by
16  controlling what portion of the half cycle the
17  controlled rectifier is on versus off.
18         So we take a given half cycle when a
19  controlled rectifier might otherwise be on
20  during the entire time.  Here in the spec it
21  suggests instead of having that controlled
22  rectifier on for only a portion of that time,
23  and then having the uncontrolled rectifier,
24  the diode carry the current for the other

Page 19

1   portion, which -- having two different ways
2   discussed.
3          One is to start with the controlled
4   rectifier being on.  The other is to finish
5   with the controlled rectifier being on.  But
6   the concept here is that the average voltage
7   drop across the rectifier would depend on the
8   percentage of time the controlled rectifier
9   was on versus the uncontrolled rectifier was
10  on.
11         And, similarly, as discussed for the
12  previous one, you would sense the output
13  voltage and implement a control circuit to
14  vary this percentage of time to provide
15  regulation.
16  Q.  Let's start with the first example in
17  which you're varying the -- as I understand
18  it, you're varying the amount of current --
19  excuse me, the amount of voltage drop within
20  the controlled rectifier itself.
21         Is that the first example?
22  A.  Yes.  You are, I think at least in the
23  example that I have given here, you're sensing
24  the output voltage, comparing it to a desired

Page 20

1   value, and affecting the voltage you apply to
2   the gates of the MOSFET transistor that's --
3   whose channel is the controlled rectifier
4   here, and the feedback loop, in effect, you're
5   controlling the effective drop, voltage drop
6   across the controlled rectifier.
7   Q.  By controlling the effective voltage
8   drop across the controlled rectifier, what
9   impact will that have on the output voltage of
10  the circuit?
11  A.  In that context of the circuit in which
12  this is applied, if we hold all other things
13  constant, the larger the voltage drop across
14  the controlled rectifier, the lower the output
15  voltage would be and vice versa.
16  Q.  And at some point the uncontrolled
17  rectifier -- the threshold of the controlled
18  rectifier will be reached such that the
19  uncontrolled rectifier is passing the voltage;
20  isn't that correct?
21  A.  The question wasn't really formed
22  technically.
23  Q.  I agree.
24         But at some point the controlled



Case 2:14-cv-00286-MHS-CMC   Document 79-2   Filed 05/22/14   Page 6 of 7 PageID #:  6395

MARTIN SCHLECHT, PH.D.  30(b)(6)                                       May 01, 2014
SYNQOR vs. CISCO SYSTEMS                                                   21–24

Page 21

1  rectifier reaches a threshold at which the
2  uncontrolled rectifier takes over control of
3  the circuit, right?
4     A.  The question is not well formed
5  technically.
6         At some point the voltage drop
7  across the controlled rectifier will be such
8  that current starts to flow in the
9  uncontrolled rectifier, and, maybe, to be
10 precise, there will always be some in the
11 uncontrolled rectifier, but more and more of
12 it will flow into the uncontrolled rectifier,
13 and the uncontrolled rectifier will then
14 dictate the voltage drop across the net
15 rectifier.
16    Q.  Using this scheme, how much of a
17 difference in the voltage drop across the net
18 rectifier can be accomplished?
19    A.  The actual numbers depend on actual
20 devices here and actual situations, but as I
21 gave as an example, let's say the uncontrolled
22 rectifier might have a drop of one volt.  So
23 the largest voltage drop across the rectifier
24 might be one volt in my example.

Page 22

1         And then the controlled rectifier,
2  you know, I mentioned before .1 volt.  It
3  might smaller than that, but that would
4  suggest the lower limit.
5         And so the range of regulation
6  control would be between those two numbers,
7  between .1 and 1.0 in my example.
8     Q.  So if you had a predefined output
9  voltage of 12 volts, you could regulate to
10 that output voltage if the input were within
11 the volts of that output?
12    A.  No.  The input voltage, of course, is
13 on the other side of the transformer, and
14 there's a turns ratio.  So that wouldn't be
15 correct.
16    Q.  Okay.  If you had a predefined output
17 voltage of 12 volts and a turns ratio of five
18 to one, you could regulate to that 12 volts as
19 long as the input voltage were 60 volts, plus
20 or minus one volt; is that right?
21    A.  In your example, where the range of
22 capability on the secondary side, capability
23 of regulation is .9 volts, with the turns
24 ratio of five, then I would expect to be able

Page 23

1  to handle a four and a half volt range.
2     Q.  Okay.
3     A.  Now, then I'd perhaps then deal with
4  other resistive drops through the circuit that
5  would narrow that range a little bit, but
6  there would be a limited range of the input
7  voltage over which I -- which the circuit
8  using this technique could provide regulation;
9  and then beyond that range, on one end or the
10 other, the isolation stage would revert back
11 to a nonregulating isolation stage.
12    Q.  Let's focus down on the second
13 technique in column 14, where you adjust the
14 percentage of time the controlled rectifier is
15 on.
16        Using that technique, what is the
17 range of potential impacts on output voltage?
18    A.  It would be the same range.
19        Here now there would be a step
20 change between the .1 volts and one volt in my
21 example with numbers over the course of each
22 half cycle, and then there's the understanding
23 that that would -- that step change would be
24 filtered so that you would see the average,

Page 24

1  and now you can control that average by
2  controlling the percentage of time the
3  controlled rectifier is on between zero and a
4  hundred percent of the half cycle, so that you
5  could achieve anything, again, between the
6  lowest voltage drop across the controlled
7  rectifier to the voltage drop across the
8  uncontrolled rectifier.
9     Q.  Okay.  Using either of these
10 techniques, the adjustment of the percentage
11 of time that the controlled rectifier is on,
12 or the adjustment of the voltage through the
13 controlled rectifier requires sensing the
14 output voltage and providing feedback to a
15 control circuitry that adjusts either
16 percentage of time or voltage; is that right?
17    A.  In terms of your question, I don't know
18 that it's required.
19        The example that I give here is to
20 regulate the output voltage over the range for
21 which it's possible; and, of course, to
22 regulate the output voltage, I'm going to
23 sense the output voltages and use it to adjust
24 either the on-state voltage of the controlled



Case 2:14-cv-00286-MHS-CMC   Document 79-2   Filed 05/22/14   Page 7 of 7 PageID #: 6396

MARTIN SCHLECHT, PH.D.  30(b)(6)                                        May 01, 2014
SYNQOR vs. CISCO SYSTEMS                                                      25–28

Page 25

1  rectifier or the percentage of time.
2       You know, I suppose if you're not
3  trying to regulate the output voltage, you
4  could do something else.
5     Q.  You also mention figure 8 in connection
6  with one or both of these examples.
7       If you turn to figure 8.
8     A.  I have it.
9     Q.  Can you explain what figure 8 shows
10  relative to either or both of the examples
11  that you previously described?
12     A.  Figure 8 is an example of how to
13  implement the first of the two schemes that I
14  mentioned, that of controlling the voltage
15  drop across the controlled rectifier.
16       And as the specification describes,
17  essentially what you want to do is be in
18  control of what voltage you apply to the gate
19  of this MOSFET when it's going to be on, and
20  the way that's accomplished is to use another
21  technique, another invention of this patent,
22  which is the capacitor divider idea.
23       So you'll see in this figure there's
24  capacitor dividers between point A and the

Page 26

1  gate of controlled rectifier Q4, comprised of
2  capacitor C5 and C4, and that capacitor
3  divider provides the right waveshape and form
4  to the gate drive, but leaves us free to
5  decide what the DC value of that gate voltage
6  will be, the average value will be.
7       And then the control circuit you see
8  here of the op amp and sensing the output and
9  comparing it to a reference, its whole purpose
10  is to control that DC value of the waveform.
11  So that when the actual waveform goes high,
12  meaning turning on the controlled rectifier,
13  you can control how high it goes.
14     Q.  In the context of figure 8, the op amp
15  compares the output voltage to a reference
16  voltage indicated as Vref?
17     A.  Correct.
18     Q.  It accomplishes the control by virtue
19  of making that comparison; is that right?
20     A.  I mean it compares the two, detects the
21  error between the two, and then it drives the
22  average voltage of the gate voltage to the
23  point where the error will be driven to zero
24  or towards zero.

Page 27

1       In other words, it drives the output
2  voltage toward a predefined value, as long as
3  it has the capability of doing that.  As long
4  as it's -- if conditions are such that it's
5  within the range of the possibility for the
6  controlled rectifier to have an effect on the
7  output voltage.
8     Q.  Okay.  Can I ask you to look at the
9  cover of the '190 patent.
10     A.  Yes.
11     Q.  And just confirm for me the filing date
12  is March 29th, 2004.
13     A.  Yes.
14     Q.  I'd like to look a little bit at the
15  prosecution history of the original patent
16  with you?
17       (Exhibit 4 was marked for
18       identification.)
19     Q.  Dr. Schlecht, you've been handed what's
20  been marked as Exhibit 4.  It's a multiple
21  page document.  On the front page, it says
22  "Utility Patent Application Transmittal."
23  Then the version I've given you has a series
24  of red tabs on those.

Page 28

1       Do you see those?
2     A.  I do.
3     Q.  I marked the tabs just because this is
4  an unpaginated document.  I want to be able to
5  jump to certain pages, but I want to start at
6  the beginning, okay?
7     A.  All right.
8     Q.  Let me ask you first if you have
9  reviewed the prosecution history of the '190
10  patent previously?
11       MR. REIN:  I object to form.
12     A.  I've reviewed various portion of the
13  prosecution history as time has gone by.
14     Q.  Okay.  Let's look at this first page of
15  Exhibit 4.  Do you see the date at the bottom
16  3/29/04?
17     A.  I do.
18     Q.  That's the same as the filing date of
19  the '190 patent, right?
20     A.  Correct.
21     Q.  And if you look at the second page,
22  Page 2, that same date, 3/29/04, appears,
23  right?
24     A.  Yes, it does.

