# EXHIBIT 3

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

### UNABRIDGED



*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff.
    p.      cm.
  ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X (carrying case). — ISBN 0-87779-206-2 (imperial buckram).
  1. English language—Dictionaries.   I. Gove, Philip Babcock, 1902–1972.   II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20                                      93-10630
                                                CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA
4647AG/H9594

**en·clo·sure** or **in·clo·sure** \ən'klōzhə(r), en-\ *n* -s

**en·clothe** \ən, en-+\ *vt* [*en-* + *clothe*]

**en·code** \ən'kōd, en-\ *vt* [*en-* + *code*, n.]

**en·code·ment** \-mənt\ *n*

**en·cod·er** \-də(r)\ *n*

**en·cof·fin** \ən, en-+\ *vt* [*en-* + *coffin*, n.]

**en·coil** \ən, en-+\ *vt* [*en-* + *coil*, n.]

**en·col·pi·on** \en'kälpēˌän\ *or* **en·col·pi·um** \-pēəm\ *n*

**en·co·mi·a** \en'kōmēə\ *pl of* ENCOMIUM

**en·co·mi·ast** \en'kōmēˌast\ *n* -s [Gk *enkōmiastēs*]

**en·co·mi·as·tic** \(ˌ)en‚kōmē'astik\ *also* **encomiastical** \-tikəl\ *adj*

**en·co·mi·o·log·ic** \-ˌmēə'läjik\ *adj*

**en·co·mi·um** \en'kōmēəm\ *n*

**en·com·pass** \ən'kəmpəs, en-\ *vt* [*en-* + *compass*, n.]

**en·com·pass·ment** \-mənt\ *n* -s

**en·core** \'änˌkō(ə)r, 'än-\ *interj* [F *encore* again]

**en·coun·ter** \ən'kaùntə(r), en-\ *vb* [ME *encontren*, fr. MF *encontrer*]

**en·coun·ter·er** \-tərə(r)\ *n*

**en·coun·ter·ment** \-mənt\ *n*

**en·cour·age** \ən'kərij, en-\ *vt* [ME *encoragen*]

**en·cour·age·a·ble** \-ijəbəl\ *adj*

**en·cour·age·ment** \-ijmənt\ *n* -s

**en·cour·ag·er** \-ijə(r)\ *n* -s

**en·cour·ag·ing** \-ijiŋ\ *adj*

**en·crease** archaic var of INCREASE

**en·cri·nal** \en'krīnəl, 'eŋkrənəl\ *adj*

**en·cri·nic** \en'krinik, eŋ-\ *adj*

**en·cri·nite** \'eŋkrəˌnīt\ *n* -s

**en·cri·nit·ic** \ˌeŋkrə'nitik\ *adj*

**En·cri·nus** \en'krīnəs, 'eŋkrənəs\ *n* [NL]

**en·croach** \ən'krōch, en-\ *vi* [ME *encrochen*]

**en·croach·er** *n*

**en·croach·ing** *adj*

**en·croach·ment** \-mənt\ *n* -s

**en·crust** \ən'krəst, en-\ *vb*

**en·crus·ta·tion** *n*

**en·crypt** \ən'kript, en-\ *vt*

**en·cryp·tion** \-kripshən\ *n*

**en·cul·tu·rate** \ən'kəlchəˌrāt, en-\ *vt*

**en·cul·tu·ra·tion** \ˌ\ *n*

**en·cum·ber** \ən'kəmbə(r), en-\ *vt* [ME *encombren*]

**en·cum·ber·ment** \-mənt\ *n*

**en·cum·brance** \ən'kəmbrəns, en-\ *n* -s

**en·cum·brance·less** \-ləs\ *adj*

**en·cy·clic** \ən'siklik, en-, -'sīk-\ *also* **en·cy·clic·al** \-klik, -'sīk-\ *n* *also* **en·cy·clic·al** \-klikəl\ *adj*

**en·cy·clo·pae·di·a** *var of* ENCYCLOPEDIA

**en·cy·clo·pe·di·a** \ən‚sīklə'pēdēə, en-\ *n* -s

**end** \'end\ *n* -s