# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>    Defendant. | Civ. No. 2:14-CV-286-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |
| SYNQOR, INC.<br><br>    Plaintiff,<br><br>v.<br><br>VICOR CORPORATION<br><br>    Defendant. | Civ. No. 2:14-CV-287-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

## ORDER ON JOINT MOTION FOR CLARIFICATION OF PROTECTIVE ORDER

On this day, the Court considered the parties' Joint Motion for Clarification of Protective Order. After careful consideration, the Court hereby orders that the Protective Order's prosecution bar in ¶10 does not apply to participation in an appeal to the Federal Circuit of a decision from any proceeding in the Patent Office.

**SIGNED this 9th day of June, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE