UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.<br><br>                Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>                Defendant. | Civ. No. 2:14-CV-286-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION REGARDING SCOPE OF DR. LEEB'S TESTIMONY WITH
RESPECT TO THE VICOR PARTS**

IT IS HEREBY STIPULATED AND AGREED, by Defendant Cisco Systems, Inc. ("Cisco") and Plaintiff SynQor, Inc. ("SynQor") that:

1. SynQor's technical expert, Dr. Steven B. Leeb, has submitted a single Rebuttal Expert Report regarding infringement in both the above-captioned case and in case no. 2:14-cv-00287, *SynQor, Inc. v. Vicor Corporation.*

2. SynQor's infringement allegations against Cisco include allegations that Cisco's incorporation of certain accused Vicor intermediate bus converters into certain Cisco end products constitutes infringement of the patents-in-suit.

3. Vicor has filed a "Motion To Exclude New Opinions In The 'Rebuttal' Expert Report Of Steven Leeb" in case no. 2:14-cv-00287 (Dkt. No. 66, filed on May 29, 2014).

4. The opinions of Dr. Leeb that Vicor seeks to exclude are offered against both Vicor and Cisco.

5. Cisco notified SynQor of its intent to file a motion in the above-captioned case seeking to strike the same portions of Dr. Leeb's Rebuttal report for the same reasons as those set forth in Vicor's filings.

6. To avoid unnecessary briefing and unduly burdening the Court, the parties hereby agree that Cisco will be deemed to have joined and adopted Vicor's filings, and the parties agree to be mutually bound by the Court's decision on Vicor's motion (Dkt. No. 66) in the '287 case.

7. More specifically, if the Court in the '287 case limits Dr. Leeb's testimony in response to Vicor's motion, then SynQor agrees that his testimony would be similarly limited with respect to the Vicor parts at issue in this case without the need for Cisco to file a separate motion.

8. Conversely, if the Court in the '287 case denies Vicor's motion, then Cisco agrees that it will not seek to limit Dr. Leeb's testimony with respect to the Vicor parts at issue in this case for any of the reasons raised in Vicor's motion.

| | |
|---|---|
| Dated:   June 10, 2014 | */s/ David T. DeZern, with permission by Michael E. Jones* |

**Thomas D. Rein** (*admitted pro hac vice*)
Lead Attorney
trein@sidley.com
**Russell E. Cass** (*admitted pro hac vice*)
rcass@sidley.com
**Stephanie P. Koh** (*admitted pro hac vice*)
skoh@sidley.com
**Bryan C. Mulder**  (*admitted pro hac vice*)
bmulder@sidley.com
**Nathaniel C. Love** (*admitted pro hac vice*)
nlove@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone:     312.853.7000
Facsimile:      312.853.7036

**Michael D. Hatcher**
Texas State Bar No. 24027067
mhatcher@sidley.com
**David T. DeZern**
Texas State Bar No. 24059677
ddezern@sidley.com
SIDLEY AUSTIN LLP
717 North Harwood, Suite 3400
Dallas, TX 75201
Telephone:     214.981.3300
Facsimile:      214.981.3400

***ATTORNEYS FOR PLAINTIFF SYNQOR, INC.***

Dated: June 10, 2014

Douglas M. Kubehl
  douglas.kubehl@bakerbotts.com
Kurt M. Pankratz
  kurt.pankratz.l@bakerbotts.com
Christa Brown-Sanford
  christa.brown-sanford@bakerbotts.com
Roshan S. Mansinghani
  roshan.mansinghani@bakerbotts.com
R. Scott McClelland
  scott.mcclelland@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980
Telephone: (214) 953-6584
Facsimile: (214) 953-4584

Michael E. Jones (SBN: 10929400)
  mikejones@potterminton.com
Allen Franklin Gardner (SBN: 24043679)
  allengardner@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Andrea Pacelli (admitted *pro hac vice*)
  andrea.pacelli@wilmerhale.com
**WILMER CUTLER PICKERING**
  **HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*/s/ Louis W. Tompros, with permission by*
*Michael E. Jones*

William F. Lee (admitted *pro hac vice*)
  william.lee@wilmerhale.com
Louis W. Tompros (admitted *pro hac vice*)
  louis.tompros@wilmerhale.com
Richard A. Goldenberg (admitted *pro hac vice*)
  richard.goldenberg@wilmerhale.com
Rachel I. Gurvich (admitted *pro hac vice*)
  rachel.gurvich@wilmerhale.com
Andrew J. Danford (admitted *pro hac vice*)
  andrew.danford@wilmerhale.com
Kelli J. Powell (admitted *pro hac vice*)
  kelli.powell@wilmerhale.com
Dana O. Burwell (admitted *pro hac vice*)
  dana.burwell@wilmerhale.com
Allison Trzop (admitted *pro hac vice*)
  allison.trzop@wilmerhale.com
**WILMER CUTLER PICKERING**
  **HALE AND DORR LLP**
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Rachel L. Weiner (admitted *pro hac vice*)
  rachel.weiner@wilmerhale.com
Jonathan Uffelman (admitted *pro hac vice*)
  jonathan.uffelman@wilmerhale.com
**WILMER CUTLER PICKERING**
  **HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

**ATTORNEYS FOR**
**DEFENDANT CISCO SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 10, 2014.

*/s/ Michael E. Jones*