IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| SYNQOR INC. | § | |
|---|---|---|
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:14-cv-00286-MHS-CMC |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| *Defendant.* | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Wednesday, June 11, 2014, between Plaintiff, Synqor Inc. and Defendant, Cisco Systems, Inc. The mediation session has been suspended. The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 27th day of June 2014.

> /s/ David Folsom _____
> David Folsom
> TXBN: 07210800
> JACKSON WALKER, LLP
> 6002-B Summerfield Drive
> Texarkana, Texas 75503
> Telephone: (903) 255-3250
> Facsimile: (903) 255-3265
> E-mail: dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 27th day of June 2014. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

> /s/ David Folsom _____
> David Folsom