IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC. § | |
| Plaintiff § | |
| § | |
| V. § | No. 2:14CV286 |
| § | |
| CISCO SYSTEMS, INC. § | |
| Defendant § | |

### ORDER SETTING HEARING ON VARIOUS MOTIONS

The above-referenced cause of action was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. The Court sets for hearing some of the motions pending. With regard to SynQor, Inc.'s Motion for Partial Summary Judgment that "Pass Through" Shipments Entering the United States are "Imports" Under Section 271(a) and that Certain Such Shipments are by Cisco (Docket Entry # 91) and Cisco Systems, Inc.'s Motion for Partial Summary Judgment No. 2: Noninfringement by "Pass Through" Shipments (Docket Entry # 96), the Court intends to issue a Report and Recommendation on the motions shortly and finds a hearing unnecessary.

The Court finds a hearing on the following motions would be beneficial and sets these for hearing July 23, 2014:

(1) SynQor's Motion for Partial Summary Judgment Relating to Infringement By Cisco's Products Incorporating Old CPNs (Docket Entry # 93);

(2) SynQor's Motion for Partial Summary Judgment Relating to Infringement By Cisco's Products Incorporating Certain New CPNs (Docket Entry # 94);

(3) SynQor's Motion for Partial Summary Judgment Relating to Infringement By Cisco's Products Incorporating Vicor Bus Converters (Docket Entry #95);

(4) Cisco's Motion for Partial Summary Judgment No. 3: Patent Exhaustion as to SynQor's Claim of Damages for Bus Converters Sold to Cisco During the Periods

Covered by the '497 and '444 Judgments (Docket Entry #97);

(5) Cisco's Motion for Partial Summary Judgment No. 5: No Willful Patent Infringement (Docket Entry # 98); and

(6) Cisco's Motion for Partial Summary Judgment No. 1: Noninfringement by Products Incorporating New CPNs (Docket Entry # 102).

Considering some of the motions overlap, each side is limited to two hours total for oral argument on all motions at the hearing. This includes presentation of the motions and any responses or replies thereto.

With regard to the other pending motions of which the Court is well aware, the Court, in its discretion, may set hearings on these motions at a later date. Accordingly, it is

**ORDERED** that the above-referenced partial summary judgment motions are hereby scheduled for hearing before the undersigned at **10:00 a.m** on July 23, 2014 at the United States District Court, 500 N. Stateline, Fourth Floor Courtroom, Texarkana Texas.

**SIGNED this 8th day of July, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE