## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **SYNQOR, INC.,** | § | |
|     **Plaintiff** | § | |
| **v.** | § | **No. 2:14CV286** |
| | § | |
| **CISCO SYSTEMS, INC.,** | § | |
|     **Defendant** | § | |

## ORDER GRANTING UNOPPOSED
## MOTION TO RESCHEDULE HEARING

The above-referenced cause of action was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. The following motion is before the Court: Unopposed Motion to Reset Hearing (Docket Entry # 110). The Court, having reviewed the motion and noting it is unopposed, is of the opinion the motion should be **GRANTED**. Accordingly, it is

**ORDERED** that the July 23, 2014 hearing regarding the partial summary judgment motions is hereby reset to 10:00 a.m. on August 14, 2014 at the United States District Court, 500 N. Stateline, Fourth Floor Courtroom, Texarkana, Texas.

**SIGNED this 14th day of July, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE