**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SynQor, Inc.<br><br>        Plaintiff,<br><br>  v.<br><br>Cisco Systems, Inc.,<br><br>        Defendant. | Civil A. No. 2:14-cv-286-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

## SYNQOR, INC.'S NOTICE OF REQUEST FOR DAILY TRANSCRIPTS OF COURT PROCEEDINGS

SynQor hereby gives notice to the Court and its assigned court reporter of its request for daily transcripts and Real Time reporting of Court proceedings. A copy of this request is also being sent via electronic mail to the Court Reporter, Ms. Jan Mason, at Jan_Mason@txed.uscourts.gov.

| | |
|---|---|
| Dated: July 18, 2014 | */s/ David T. DeZern* |
| | **Thomas D. Rein** (*admitted pro hac vice*) |
| | Lead Attorney |
| | trein@sidley.com |
| | **Russell E. Cass** (*admitted pro hac vice*) |
| | rcass@sidley.com |
| | **Stephanie P. Koh** (*admitted pro hac vice*) |
| | skoh@sidley.com |
| | **Bryan C. Mulder** (*admitted pro hac vice*) |
| | bmulder@sidley.com |
| | **Nathaniel C. Love** (*admitted pro hac vice*) |
| | nlove@sidley.com |
| | SIDLEY AUSTIN LLP |
| | One South Dearborn |
| | Chicago, IL 60603 |
| | Telephone: 312.853.7000 |
| | Facsimile: 312.853.7036 |
| | |
| | **Michael D. Hatcher** |
| | Texas State Bar No. 24027067 |
| | mhatcher@sidley.com |
| | **David T. DeZern** |
| | Texas State Bar No. 24059677 |
| | ddezern@sidley.com |
| | SIDLEY AUSTIN LLP |
| | 2001 Ross Avenue, Suite 3600 |
| | Dallas, TX 75201 |
| | Telephone: 214.981.3300 |
| | Facsimile: 214.981.3400 |
| | |
| | *ATTORNEYS FOR PLAINTIFF SYNQOR, INC.* |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 18, 2014.

   */s/ David T. DeZern*
   David T. DeZern