**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **SYNQOR, INC.** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 2:14-cv-286** |
| | § | |
| **CISCO SYSTEMS, INC.** | § | |

| | | |
|---|---|---|
| **SYNQOR, INC.** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 2:14-cv-287** |
| | § | |
| **VICOR CORPORATION** | § | |

## ORDER

The Court recently received a letter from Mr. William H. Needle, the chairman of a three-person arbitration panel in an unrelated matter, requesting that the court refrain from scheduling trial in these civil actions from October 8–17, 2014. Mr. Needle explained that SynQor Inc.'s damages expert Mr. Brett Reed is also the damages expert for one of the parties in an arbitration set before the panel during that time.

Having considered the arbitration panel's request, the parties' response, the procedural history of these cases, and the Court's docket, the Court cannot commit to avoiding trial dates during the requested time (October 8–17, 2014). This litigation has been pending since early 2011 and has been set on the Court's October 2014 trial docket since April 1, 2014. The Court is committed to maintaining the current trial schedule and thus cannot accommodate the arbitration panel's request. **The Clerk of the Court is directed to send a copy of this order to Mr. Needle at the address listed in his correspondence.**

As to the other scheduling issues raised by the parties in their response, Magistrate Judge Caroline M. Craven will set the trial dates at the pretrial conferences consistent with the April 1, 2014 Scheduling and Discovery Orders.

**It is SO ORDERED.**

**SIGNED this 21st day of July, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE