# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SynQor, Inc.,<br><br>    Plaintiff,<br><br> v.<br><br>Cisco Systems, Inc.,<br><br>    Defendant. | Civil Action No. 2:14-CV-286-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION REGARDING PUBLIC AVAILABILITY OF PRIOR ART**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff SynQor, Inc. ("SynQor") and Defendant Cisco Systems, Inc. ("Cisco") that:

1. According to the parties' best knowledge at the time of this stipulation, and for purposes of this case only, the following references were publicly available prior to January 23, 1996:

  A. Cobos, *et al.*, Low Output Voltage DC/DC Conversion, 20th Int'l Conf. on Industrial Electronics, Control and Instrumentation, Sept. 5-9, 1994 (IECON '94), vol. 3, pp. 1676-81.

  B. Heath, The Market for Distributed Power Systems, Proc. Sixth Annual Applied Power Electronics Conference Power Electronics Conference and Exposition, March 10-15, 1991 (APEC '91), pp. 225-29.

        B.      Jovanovic, Design Considerations For Forward Converter With Synchronous Rectifiers, Virginia Power Electronics Center 1993 Power Electronics Seminar, Sept. 19-21, 1993, pp. 163-73.

        C.      Mweene *et al.*, A High-Efficiency 1.5 kW, 390-50 V Half-Bridge Converter Operated at 100% Duty-Ratio, Proc. 7th Annual Conf. Applied Power Electronics Conference and Exposition, Feb. 23-27, 1992 (APEC '92), pp. 723-30.

        D.      Pressman, Switching and Linear Power Supply, Power Converter Design, Hayden Book Company, Inc., 1977.

    2.      According to the parties' best knowledge at the time of this stipulation, and for purposes of this case only, the following references were publicly available prior to January 23, 1997:

        A.      Arduini, A Distributed Power System with a Low-Cost Universal DC/DC Converter, Proc. 31st Int'l Conf. on Power Conversion Electronics, Sept. 1995, pp. 315-322.

        B.      Narveson, How Many Isolated DC-DC's Do You Really Need?, Proc. 11th Annual Applied Power Electronics Conference and Exposition, March 3-7, 1996 (APEC '96), vol. 2, pp. 692-95.

        C.      Niemela *et al.*, Comparison of GaAs and Silicon Synchronous Rectifiers in a 3.3V Out, 50W DCDC Converter, Record 27th Annual Power Electronics Specialists Conference, June 23-27, 1996 (PESC '96), vol. 1, pp. 861-67.

    3.      According to the parties' best knowledge at the time of this stipulation, and for purposes of this case only:

      A.      U.S. Patent No. 5,377,090 (Steigerwald '090) has a priority date of January 19, 1993.

      B.      U.S. Patent No. 5,274,539 (Steigerwald '539) has a priority date of December 4, 1991.

| | |
|---|---|
| Dated: August 6, 2014 | Respectfully submitted, |
| | */s/ Louis W. Tompros, with permission by Michael E. Jones* |

Douglas M. Kubehl
  douglas.kubehl@bakerbotts.com
Kurt M. Pankratz
  kurt.pankratz l@bakerbotts.com
Christa Brown-Sanford
  christa.brown-sanford@bakerbotts.com
Roshan S. Mansinghani
  roshan.mansinghani@bakerbotts.com
R. Scott McClelland
  scott.mcclelland@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980
Telephone: (214) 953-6584
Facsimile: (214) 953-4584

Michael E. Jones (SBN: 10929400)
  mikejones@potterminton.com
Allen Franklin Gardner (SBN: 24043679)
  allengardner@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas  75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Andrea Pacelli (admitted *pro hac vice*)
  andrea.pacelli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

William F. Lee (admitted *pro hac vice*)
  william.lee@wilmerhale.com
Louis W. Tompros (admitted *pro hac vice*)
  louis.tompros@wilmerhale.com
Richard A. Goldenberg (admitted *pro hac vice*)
  richard.goldenberg@wilmerhale.com
Rachel I. Gurvich (admitted *pro hac vice*)
  rachel.gurvich@wilmerhale.com
Andrew J. Danford (admitted *pro hac vice*)
  andrew.danford@wilmerhale.com
Kelli J. Powell (admitted *pro hac vice*)
  kelli.powell@wilmerhale.com
Dana O. Burwell (admitted *pro hac vice*)
  dana.burwell@wilmerhale.com
Allison Trzop (admitted *pro hac vice*)
  allison.trzop@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Rachel L. Weiner (admitted *pro hac vice*)
  rachel.weiner@wilmerhale.com
Jonathan Uffelman (admitted *pro hac vice*)
  jonathan.uffelman@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

**ATTORNEYS FOR
DEFENDANT CISCO SYSTEMS, INC.**

| | |
|---|---|
| Dated: August 6, 2014 | */s/ Bryan C. Mulder* |
| | **Thomas D. Rein** (*admitted pro hac vice*) |
| | Lead Attorney |
| | trein@sidley.com |
| | **Russell E. Cass** (*admitted pro hac vice*) |
| | rcass@sidley.com |
| | **Stephanie P. Koh** (*admitted pro hac vice*) |
| | skoh@sidley.com |
| | **Bryan C. Mulder** (*admitted pro hac vice*) |
| | bmulder@sidley.com |
| | **Nathaniel C. Love** (*admitted pro hac vice*) |
| | nlove@sidley.com |
| | SIDLEY AUSTIN LLP |
| | One South Dearborn |
| | Chicago, IL 60603 |
| | Telephone:   312.853.7000 |
| | Facsimile:   312.853.7036 |
| | |
| | **Michael D. Hatcher** |
| | Texas State Bar No. 24027067 |
| | mhatcher@sidley.com |
| | **David T. DeZern** |
| | Texas State Bar No. 24059677 |
| | ddezern@sidley.com |
| | SIDLEY AUSTIN LLP |
| | 2001 Ross Avenue, Suite 3600 |
| | Dallas, TX 75201 |
| | Telephone:   214.981.3300 |
| | Facsimile:   214.981.3400 |
| | |
| | ***ATTORNEYS FOR PLAINTIFF SYNQOR, INC.*** |