# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

**JUDGE CAROLINE M. CRAVEN**
**LAW CLERK JENNIFER ORGERON**
**COURTROOM DEPUTY LYNN SIEBEL**
**REPORTER: MONIQUE MCALLISTER**

| | | |
|---|---|---|
| **SYNQOR INC.** | § | |
| | § | |
| **V** | § | **2:14CV286** |
| | § | |
| **CISCO SYSTEMS, INC.** | § | |

**COUNSEL FOR PLAINTIFF:**
**THOMAS REIN, HARRY GILLAM, JR., MICHAEL DAVID HATCHER, STEPHANIE KOH, RUSSELL CASS**

**COUNSEL FOR DEFENDANT:**
**ALLEN GARDNER, KURT MAX PANKRATZ, LOUIS TOMPROS, RACHEL GURVICH, WILLIAM LEE, DANA BURWELL**

08/14/2014

On this day, came the parties by their attorneys, the following proceedings were held in Texarkana, TX:

| TIME | MINUTES |
|---|---|
| 10:00 am | Matter called for hearing on Motions (SynQor's Motions for Partial Summary Judgment #93, #94, #95 and Cisco's Motions for Partial Summary Judgment #97, #102, and #98. |
| | Attorney announcements |
| | Court will hear 93, 94, 95, 97,102 and 98. 2 hours per side. Will work through lunch to help counsel make flights this afternoon. |
| 10:01 | Mr. Mike Hatcher presents SynQor's Motions for Partial Summary Judgment. (#93, #94 and #95.) |
| 10:20 | Mr. Louis Tompros responds on behalf of Cisco. |
| 10:29 | Mr. Mike Hatcher replies on behalf of SynQor. |

| 10:33 | Mr. Tompros responds. |
|---|---|
| 10:34 | Mr. Hatcher replies. |
| 10:34 | Mr. William Lee presents Cisco's Motion for Partial Summary Judgment No. 3 (#97). |
| 10:55 | Ms. Stephanie Koh responds on behalf of SynQor. |
| 11:24 | Mr. William Lee replies. |
| 11:32 | Ms. Koh responds. |
| 11:35 | Mr. William Lee replies. |
| 11:35 | 15 minute break |
| 11:52 | Mr. Louis Tompros presents Cisco's Motion for Partial Summary Judgment No. 1:Noninfringement by Products Incorporating New CPNs (#102). |
| 12:22 | Mr. Rein objects. Mr. Topros responds and agrees to withdraw. |
| 12:23 | Mr. Tompros continues. |
| 12:33 | Mr. Russell Cass responds to Motion (#102)  on behalf of SynQor, Inc. |
| 1:03 | Mr. Tompros replies. |
| 1:11 | Mr. Cass responds. |
| 1:17 | Break until 1:30 |
| 1:30 | Mr. William Lee presents Cisco's Motion for Partial Summary Judgment No. 5: No Willful Patent Infringement (#98) Mr. Lee request that this portion of hearing and transcript be SEALED.  Granted. |
| 1:46 | Mr. Tom Rein responds on behalf of SynQor, Inc. |
| 2:15 | Mr. Lee replies. |
| 2:21 | Mr. Rein responds. |
| 2:22 | Court will file R & R within 2 weeks. |
| 2:24 | Mr. Rein asks if equitable issues will be heard before the trial or to the jury.  Court will find out and get back to counsel. |
| 2:24 | Adjourn. |
| | |
| | |
| | |

|  |  |
|---|---|
|  |  |