# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.<br><br>                Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>                Defendant. | Civ. No. 2:14-cv-00286-MHS-CMC<br><br>**JURY TRIAL** |

## CISCO'S DISCLOSURE PURSUANT TO 35 U.S.C. § 282

Pursuant to 35 U.S.C. § 282, defendant Cisco Systems, Inc. ("Cisco") hereby provides notice at least thirty days before the trial, of the country, number, date, and name of the patentee of any patent, the title, date, and page numbers of any publication to be relied upon as anticipation of the patents in suit or as showing the state of the art, and the name and address of any person who may be relied upon as the prior inventor or as having prior knowledge of or as having previously used or offered for sale the purported invention of the patents in suit.

The entirety of each patent or publication is being relied upon as prior art unless otherwise stated.

### I. PATENTS

| COUNTRY | NUMBER | DATE | PATENTEE |
|---|---|---|---|
| United States | 5,274,539 | Dec. 28, 1993 | Robert L. Steigerwald et al. |
| United States | 5,377,090 | Dec. 27, 1994 | Robert L. Steigerwald |

## II. PUBLICATIONS

| TITLE | PAGE NUMBERS | DATE | AUTHOR |
|---|---|---|---|
| A Distributed Power System with a Low-Cost Universal DC/DC Converter | Proc. 31st Int'l Conf. on Power Conversion Electronics, pp. 315–322 | Sept. 1995 | Douglas P. Arduini |
| Low Output Voltage DC/DC Conversion | Proc. 20th Int'l Conf. on Industrial Electronics, Control and Instrumentation (IECON '94), vol. 3, pp. 1676–81 | Sept. 5–9, 1994 | J.A. Cobos and J. Uceda |
| The Market for Distributed Power Systems | Proc. Sixth Annual Applied Power Electronics Conference and Exposition (APEC '91), pp. 225–29 | March 10–15, 1991 | Constance C. Heath |
| Design Considerations for Forward Converter with Synchronous Rectifiers | Virginia Power Electronics Center 1993 Power Electronics Seminar, pp. 163–73 | Sept. 19–21, 1993 | M.M. Jovanović et al. |
| Isolating the Control Loop | Proc. Power Supply Design Seminar (SEM-1000), Unitrode Corp. | 1994 | Robert Mammano |
| A High-Efficiency 1.5 kW, 390-50 V Half-Bridge Converter Operated at 100% Duty-Ratio | Proc. 7th Annual Conf. Applied Power Electronics Conference and Exposition (APEC '92), pp. 723–30 | Feb. 23–27, 1992 | L. Haachitaba Mweene et al. |
| How Many Isolated DC-DC's Do You Really Need? | Proc. 11th Annual Applied Power Electronics Conference and Exposition (APEC '96), vol. 2, pp. 692–95 | March 3–7, 1996 | Brian Narveson |

| TITLE | PAGE NUMBERS | DATE | AUTHOR |
|---|---|---|---|
| Comparison of GaAs and Silicon Synchronous Rectifiers in a 3.3V Out, 50W DC-DC Converter | Record 27th Annual Power Electronics Specialists Conference (PESC '96), vol. 1, pp. 861–67 | June 23–27, 1996 | Van A. Niemela and Wayne C. Bowman |
| Switching and Linear Power Supply, Power Converter Design | Hayden Book Company, Inc. | 1977 | Abraham I. Pressman |

## III. PERSONS WHOSE KNOWLEDGE DEFENDANTS MAY RELY UPON

| NAME | ADDRESS |
|---|---|
| Wayne Bowman | SynQor, Inc., 155 Swanson Road, Boxborough, MA 01719 |
| Patrick Chapman | 14408 Showdown Lane, Austin, TX 78717 |
| Kevin Covi | 25 The Ridge, Glenford, New York 12433 |
| Richard Farrington | SynQor, Inc., 3302 West Miller Road, Garland, TX 75041 |
| Arthur Hofmann, Jr. | SynQor, Inc., 155 Swanson Road, Boxborough, MA 01719 |
| Mark Jutras | Bel Fuse Inc., 206 Van Vorst Street, Jersey City, NJ 07302 |
| Steven Leeb | MIT Room 10-069, Cambridge, MA 02139 |
| Brian Narveson | Texas Instruments, 1300 E. Woodfield Road, Schaumburg, IL 60173 |
| Brett L. Reed | 150 South Los Robles, Suite 910, Pasadena, CA 91101 |
| James Smith | Hamilton Brook Smith & Reynolds, 530 Virginia Road, Concord, MA 01742 |
| Martin Schlecht | SynQor, Inc., 155 Swanson Road, Boxborough, MA 01719 |
| Robert L. Steigerwald | GE Global Research, 1 Research Circle, Niskayuna, NY 12309 |
| Patrizio Vinciarelli | Vicor Corporation, 25 Frontage Road, Andover, MA 01810 |
| Ed Wong | Power-One, Inc., 740 Calle Plano, Camarillo, CA 93012 |

| NAME | ADDRESS |
|---|---|
| Paul Yeaman | Vicor Corporation, 25 Frontage Road, Andover, MA 01810 |

Subject to Cisco's identification of prior art references (Feb. 14, 2014) and combinations of prior art references (June 27, 2014) submitted pursuant to the Court's Order entered April 25, 2014 (Dkt No. 50), Cisco further incorporates by reference in their entirety: (i) expert reports submitted by Patrick L. Chapman, Ph.D. on behalf of Cisco in this case on April 11, 2014 ("Invalidity Expert Report"), April 23, 2014 ("First Supplemental Invalidity Expert Report"), May 7, 2014 ("Second Supplemental Invalidity Expert Report") and May 19, 2014 ("Rebuttal Invalidity Expert Report") (collectively, "Invalidity Expert Reports"), and May 9, 2014 ("Non-Infringement Expert Report") and all exhibits thereto (collectively, "Expert Reports"); (ii) documents cited in the Expert Reports; (iii) invalidity contentions for each of the patents in suit submitted in the present action and in Civil Action No. 2:11-CV-54-DF; (iv) all prior art references cited or disclosed in the prosecution and/or reexamination of the patents in suit and/or listed on the face of each of the patents in suit; (v) any disclosures submitted under 35 U.S.C. § 282 by Defendant Vicor Corporation in Civil Action No. 2:14-CV-287; and (vi) Cisco's identification of trial witnesses.

Cisco reserves the right to amend, modify or supplement this disclosure.

Dated: August 22, 2014

Respectfully submitted,

*/s/ Rachel L. Weiner, w/ permission by Michael E. Jones*

Douglas M. Kubehl
  douglas.kubehl@bakerbotts.com
Kurt M. Pankratz
  kurt.pankratz l@bakerbotts.com
Christa Brown-Sanford
  christa.brown-sanford@bakerbotts.com
Roshan S. Mansinghani
  roshan.mansinghani@bakerbotts.com
R. Scott McClelland
  scott.mcclelland@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980
Telephone: (214) 953-6584
Facsimile: (214) 953-4584

Michael E. Jones (SBN: 10929400)
  mikejones@potterminton.com
Allen Franklin Gardner (SBN: 24043679)
  allengardner@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Andrea Pacelli (admitted *pro hac vice*)
  andrea.pacelli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

William F. Lee (admitted *pro hac vice*)
  william.lee@wilmerhale.com
Louis W. Tompros (admitted *pro hac vice*)
  louis.tompros@wilmerhale.com
Richard A. Goldenberg (admitted *pro hac vice*)
  richard.goldenberg@wilmerhale.com
Rachel I. Gurvich (admitted *pro hac vice*)
  rachel.gurvich@wilmerhale.com
Andrew J. Danford (admitted *pro hac vice*)
  andrew.danford@wilmerhale.com
Kelli J. Powell (admitted *pro hac vice*)
  kelli.powell@wilmerhale.com
Dana O. Burwell (admitted *pro hac vice*)
  dana.burwell@wilmerhale.com
Allison Trzop (admitted *pro hac vice*)
  allison.trzop@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Rachel L. Weiner (admitted *pro hac vice*)
  rachel.weiner@wilmerhale.com
Jonathan Uffelman (admitted *pro hac vice*)
  jonathan.uffelman@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 22, 2014.

                                                                */s/ Michael E. Jones*