## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC. | |
| Plaintiff, | Civ. No. 2:14-CV-286-MHS-CMC |
| v. | **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC. | |
| Defendant. | |
| SYNQOR, INC. | |
| Plaintiff, | Civ. No. 2:14-CV-287-MHS-CMC |
| v. | **JURY TRIAL DEMANDED** |
| VICOR CORPORATION | |
| Defendant. | |

## JOINT MOTION REGARDING THE RESOLUTION OF OBJECTIONS TO EXHIBITS AND DEPOSITION DESIGNATIONS

Plaintiff SynQor, Inc., Defendant Cisco Systems, Inc., and Defendant Vicor Corp. hereby respectfully move the Court to enter the attached order regarding the resolution of objections to trial exhibits and deposition designations in the above-referenced cases.

The parties have identified a large number of trial exhibits and designated deposition transcripts from numerous witnesses.  The parties have met and conferred to reach agreement on a process for continuing to meet and confer, organizing, and winnowing down objections into a form appropriate for presenting any remaining disputed issues to the Court for resolution at the pretrial conference in each case.  The parties have considered this Court's Order Regarding

Objections to Deposition Designations and Exhibits in Case No. 2:11-cv-444 (Dkt. 402) as instructive in this regard.  Now that the parties have exchanged exhibit list objections and deposition designation objections in accordance with the Court's Scheduling Order, and have completed an agreed schedule for the exchange of objections to counter-designations and objections to counter-counter designations, the parties propose the following procedures:

The parties will engage in meaningful discussions regarding limiting objections to exhibits and deposition designations.  The parties will work together to categorize and winnow objections to disputed issues that can be argued collectively in discrete groupings.

**Exhibit Lists**

On or before September 22, 2014, at 8:30 A.M. (the day before the first scheduling conference in these cases), the parties shall provide the Court with a notebook containing a description of remaining objections to contested exhibits.  The parties shall group the exhibits into broad categories that can be argued collectively, including those objections that rise and fall with the Court's resolution of motions in limine or other pending motions.  The contested exhibits must be available for review at the previously scheduled pretrial conferences to assist the Court in ruling.

**Deposition Designations**

On or before September 22, 2014, at 8:30 A.M. (the day before the first scheduling conference in these cases), the parties shall also provide the Court a separate notebook or notebooks with objected to deposition designations.  The parties shall also group objections to deposition designations into broad categories that can be argued collectively, including those objections that rise and fall with the Court's resolution of motions in limine or other pending motions.  The notebooks will also include the objected-to portions of the deposition transcripts for a given category, with highlighting indicating the party designating the testimony, immediately following each grouping so the Court can more rapidly read the deposition designations as well as the basis for the party's objections.

Because of the number of depositions that have been designated in these cases and the fact that a given deposition may touch on numerous topics or be objectionable for numerous different or unique reasons, the parties further agree to meet and confer to:

1. Identify witnesses who the parties intend to bring live to trial and to reach agreements to defer objections to deposition testimony for witnesses who will <u>not</u> be unavailable at trial (with the understanding that the deposition testimony may be used for impeachment when the witness testifies live or relied on by experts);

2. Identify witnesses for whom designations or objections will be withdrawn based on the Court's rulings on motions in limine or other motions;

3. Categorize witnesses with common objections; and

4. Categorize objections within each witness category;

5. Exchange the above proposed groupings along with identification of the testimony to be included within each group and the accompanying transcript excerpts to enable review and discussion.

\*\*\*

In light of the parties' proposal for working through these issues, the parties respectfully request relief from the Scheduling Order's requirement in each case at II.8.C.iii that "[r]esponses to objections are due within two business days of the filing of the objections," which was extended to one week for responses to exhibit list objections by separate order.  The parties respectfully submit that the process outlined above along with a chance to review the parties' briefing on motions in limine, and any forthcoming rulings from the Court will allow the parties to better winnow down and categorize objections for resolution at the pretrial conference.  The parties bring this motion not for purposes of prejudice or undue delay, but to enable the parties' agreement regarding pretrial procedures and so that substantial justice may be done.  A proposed order is attached.

Dated:   August 29, 2014

/s/ Thomas D. Rein

**Thomas D. Rein** (*admitted pro hac vice*)
Lead Attorney
trein@sidley.com
**Russell E. Cass** (*admitted pro hac vice*)
rcass@sidley.com
**Stephanie P. Koh** (*admitted pro hac vice*)
skoh@sidley.com
**Bryan C. Mulder**  (*admitted pro hac vice*)
bmulder@sidley.com
**Nathaniel C. Love** (*admitted pro hac vice*)
nlove@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone:     312.853.7000
Facsimile:     312.853.7036

**Michael D. Hatcher**
Texas State Bar No. 24027067
mhatcher@sidley.com
**David T. DeZern**
Texas State Bar No. 24059677
ddezern@sidley.com
SIDLEY AUSTIN LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone:     214.981.3300
Facsimile:     214.981.3400

*ATTORNEYS FOR PLAINTIFF SYNQOR, INC.*

Dated: August 29, 2014

Douglas M. Kubehl
  douglas.kubehl@bakerbotts.com
Kurt M. Pankratz
  kurt.pankratz 1@bakerbotts.com
Christa Brown-Sanford
  christa.brown-sanford@bakerbotts.com
Roshan S. Mansinghani
  roshan.mansinghani@bakerbotts.com
R. Scott McClelland
  scott.mcclelland@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980
Telephone: (214) 953-6584
Facsimile: (214) 953-4584

Michael E. Jones (SBN: 10929400)
  mikejones@potterminton.com
Allen Franklin Gardner (SBN: 24043679)
  allengardner@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas  75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Andrea Pacelli (admitted *pro hac vice*)
  andrea.pacelli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Respectfully submitted,

*/s/ Louis Tompros (with permission by David T.
DeZern)*

William F. Lee (admitted *pro hac vice*)
  Lead Attorney
  william.lee@wilmerhale.com
 Louis W. Tompros (admitted *pro hac vice*)
  louis.tompros@wilmerhale.com
Richard A. Goldenberg (admitted *pro hac vice*)
  richard.goldenberg@wilmerhale.com
Rachel I. Gurvich (admitted *pro hac vice*)
  rachel.gurvich@wilmerhale.com
Andrew J. Danford (admitted *pro hac vice*)
  andrew.danford@wilmerhale.com
Kelli J. Powell (admitted *pro hac vice*)
  kelli.powell@wilmerhale.com
Dana O. Burwell (admitted *pro hac vice*)
  dana.burwell@wilmerhale.com
Allison Trzop (admitted *pro hac vice*)
  allison.trzop@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Rachel L. Weiner (admitted *pro hac vice*)
  rachel.weiner@wilmerhale.com
Jonathan Uffelman (admitted *pro hac vice*)
  jonathan.uffelman@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

David Smith (admitted *pro hac vice*)
  david.smith@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100


**ATTORNEYS FOR
DEFENDANT CISCO SYSTEMS, INC.**

**PAGE 6**

By: ___/s/Linda Brewer (with permission by David T. DeZern)___

**Charles Kramer Verhoeven** (*pro hac vice*)
charlesverhoeven@quinnemanuel.com
**Linda J. Brewer** (*pro hac vice*)
lindabrewer@quinnemanuel.com
**Sean S. Pak** (*pro hac vice*)
seanpak@quinnemanuel.com
**Margaret P. Kammerud**
margaretkammerud@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700

**Laura L. Norris** (*pro hac vice*)
lauranorris@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison Street, Ste 2450
Chicago, IL 60661
Telephone: 312-705-7400
Facsimile: 312-705-7401

**Eric H. Findlay**
Texas Bar No. 00789886
efindlay@findlaycraft.com
FINDLAY CRAFT, P.C.
102 North College Ave.
Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

**Robert E. Hillman** (*pro hac vice*)
hillman@fr.com
**Lawrence K. Kolodney** (*pro hac vice*)
kolodney@fr.com
**Adam J. Kessel** (*pro hac vice*)
kessel@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Telephone: 617-542-5070

**PAGE 7**

Facsimile: 617-542-8906

**Stephen A. Marshall** (*pro hac vice*)
smarshall@fr.com
FISH & RICHARDSON P.C.
1425 K Street, NW
Suite 1100
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

**David A. Gerasimow** (*pro hac vice*)
gerasimow@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza, 60 South 6th St.
Minneapolis, MN 55402
Telephone: 612-335-5070
Facsimile: 612-288-9696

***Attorneys for Defendant Vicor Corporation***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 29, 2014.

*/s/ David T. DeZern*
David T. DeZern