# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>CISCO SYSTEMS, INC.<br><br>          Defendant. | Civ. No. 2:14-CV-286-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |
| SYNQOR, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>VICOR CORPORATION<br><br>          Defendant. | Civ. No. 2:14-CV-287-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION REGARDING PAGE LIMITS FOR MOTIONS IN LIMINE

Before the Court is Plaintiff SynQor, Inc. ("SynQor") and Defendants Cisco Systems, Inc. ("Cisco"), and Vicor Corporation's ("Vicor") Joint Motion Regarding Page Limits for Motions in Limine. Upon consideration the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that SynQor may have up to 35 pages to file its omnibus motions in limine in each case and Cisco and Vicor may each have up to 35 pages to file their omnibus motions in limine. Responses to motions in limine shall also be limited to 35 pages in
**SIGNED this 2nd day of September, 2014.**
the same manner.

*[signature: Caroline M. Craven]*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE