| | | | |
|---|---|---|---|
| ✎AO 435 (Rev. 03/08) | Administrative Office of the United States Courts | FOR COURT USE ONLY | |
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | DUE DATE: | |

| 1. NAME<br>Eric H. Findlay | 2. PHONE NUMBER<br>(903) 534-1100 | 3. DATE<br>9/2/2014 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>102 N. College Ave., Ste 900 | 5. CITY<br>Tyler | 6. STATE<br>TX | 7. ZIP CODE<br>75702 |
| 8. CASE NUMBER<br>2:14-cv-286 | 9. JUDGE<br>Craven | DATES OF PROCEEDINGS | |
| | | 10. FROM 8/14/2014 | 11. TO 8/14/2014 |
| 12. CASE NAME<br>SynQor v. Cisco | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Texarkana | 14. STATE TX |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify)<br>Motion Hearing | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE *[signature]* | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 19. DATE<br>9/2/2014 | PROCESSED BY *Delilah Collazo*<br>PHONE NUMBER<br>409/654-7000 | |
| TRANSCRIPT TO BE PREPARED BY<br>Monique McAllister | COURT ADDRESS<br>United States District Court<br>500 N State Line Avenue<br>Texarkana, TX 75504 | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 9/2/14 | dlc | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 9/2/14 | dlc | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY