# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC. | |
| Plaintiff, | Civ. No. 2:14-CV-286-MHS-CMC |
| v. | **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC. | |
| Defendant. | |

## ORDER GRANTING JOINT MOTION TO UNSEAL TWO REPORTS AND RECOMMENDATIONS

Before the Court is the parties' Joint Motion to Unseal Two Reports and

Recommendations ("the Motion").  After careful consideration, the Court finds the Motion

should be, and hereby is, GRANTED.  The clerk is directed to unseal Dkt. 181 and 185.

**SIGNED this 10th day of September, 2014.**


CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE