# EXHIBIT 1

```
 1               IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF TEXAS
 2                        MARSHALL DIVISION

 3  SYNQOR, INC.                    *    Civil Docket No.
                                    *    2:07-CV-479
 4  VS.                             *    Marshall, Texas
                                    *
 5                                  *    December 15, 2010
    ARTESYN TECHNOLOGIES, ET AL     *    8:30 A.M.
 6
                      TRANSCRIPT OF JURY TRIAL
 7           BEFORE THE HONORABLE JUDGE T. JOHN WARD
                   UNITED STATES DISTRICT JUDGE
 8

 9  APPEARANCES:

10  FOR THE PLAINTIFF:         MR. THOMAS D. REIN
                               MR. RUSSELL E. CASS
11                             MS. STEPHANIE P. KOH
                               Sidley Austin
12                             Bank One Plaza
                               One South Dearborn Avenue
13                             Chicago, IL   60603

14                             MR. GIL GILLAM
                               Gillam & Smith
15                             303 South Washington Avenue
                               Marshall, TX   75670
16
                               MR. MICHAEL D. HATCHER
17                             Sidley Austin
                               717 North Harwood
18                             Suite 3400
                               Dallas, TX   75201
19

20  APPEARANCES CONTINUED ON NEXT PAGE:

21
    COURT REPORTERS:           MS. SUSAN SIMMONS, CSR
22                             MS. JUDITH WERLINGER, CSR
                               Official Court Reporters
23                             100 East Houston, Suite 125
                               Marshall, TX   75670
24                             903/935-3868

25  (Proceedings recorded by mechanical stenography,
    transcript produced on CAT system.)
```

```
 1
    APPEARANCES CONTINUED:
 2
    FOR THE DEFENDANTS:      MR. ROBERT J. MCAUGHAN, JR.
 3  (ARTESYN & ASTEC         MR. ALBERT B. DEAVER, JR.
     AMERICA)                MR. JEFFREY A. ANDREWS
 4                           Locke Lord Bissell & Liddell
                             600 Travis Street
 5                           Suite 2800
                             Houston, TX   77002
 6
                             MS. JENNIFER AINSWORTH
 7                           Wilson Robertson & Cornelius
                             909 ESE Loop 323
 8                           Suite 400
                             Tyler, TX   75703
 9
10  (POWER-ONE &             MR. ALAN D. SMITH
     MURATA)                 MR. STEVEN R. KATZ
11                           MS. WHITNEY A. REICHEL
                             MR. KEVIN K. SU
12                           Fish & Richardson
                             One Marina Park Drive
13                           Boston, MA   02210

14                           MR. GLENN THAMES
                             Potter Minton
15                           110 North College Street
                             Suite 500
16                           Tyler, TX   75702

17
18  (BEL FUSE)               MR. STEVEN WILLIAMS
                             MS. JANE DU
19                           Kennedy Clark & Williams
                             1700 Pacific Avenue
20                           Suite 1280
                             Dallas, TX   75201
21

22  APPEARANCES CONTINUED ON NEXT PAGE:

23

24

25
```

```
 1  APPEARANCES CONTINUED:

 2  (LINEAGE POWER &        MR. WILLIAM CORNELIUS, JR.
     CHEROKEE               Wilson Robertson & Cornelius
 3   INTERNATIONAL)         909 ESE Loop 323
                            Suite 400
 4                          Tyler, TX   75703

 5                          MR. RICHARD C. VASQUEZ
                            MR. JEFF T. LINDGREN
 6                          MR. ERIC W. BENISEK
                            MR. ROBERT MCARTHUR
 7                          MR. CRAIG C. DAVIS
                            MR. STEPHEN C. STEINBERG
 8                          Vasquez Benisek & Lindgren
                            3685 Mt. Diablo Blvd.
 9                          Suite 300
                            Lafayette, CA   94549
10
                  *     *     *     *
11

12                  P R O C E E D I N G S

13           (Jury out.)

14           LAW CLERK:  All rise.

15           THE COURT:  Please be seated.

16           I understand we have an issue with

17  respect to this witness.

18           MS. KATZ:  Yes.  Steven Katz.

19           THE COURT:  Mr. Katz, to the podium

20  please, sir.

21           MS. KATZ:  Thank you, Your Honor.

22           They did produce a binder of the expected

23  exhibits to use with Dr. Leeb.  We don't see any

24  objection with virtually all of them, but there are two

25  I would like Your Honor to see.
```

1  asked to him was:  Every time Cisco incorporates an
2  unregulated bus converter into one of its end products,
3  are the input voltage pins of that bus converter
4  connected to a DC bus on the board on -- this board, for
5  example -- on to which the bus converter is mounted?
6  And the answer is:  Yes.
7      Q.   Given your analysis, do all of the known end
8  products on your Slides 18 and 19 incorporating bus
9  converters from Artesyn/Astec or Lineage/Cherokee
10 infringe Claim 30 of the '021 patent?
11     A.   Yes, sir.
12     Q.   Have they all been made, used, or sold in the
13 U.S.?
14     A.   Yes, sir.
15     Q.   All right.  With respect to the end products
16 that incorporates bus converters from Power-One, Delta,
17 MPS, and Murata on your Slides 18 and 19, do you
18 understand that it has already been determined that
19 there are only two disputes regarding whether those end
20 products meet all the limitations of Claims 21 and 30?
21     A.   Yes, sir.
22          MR. HATCHER:  And if we could please
23 display the next slide.
24     Q.   (By Mr. Hatcher) Are the two disputed
25 limitations highlighted in orange on this slide?