# EXHIBIT 2

# End Products Accused of Infringing Claims 21 and 30 of the '021 Patent

**Bel Fuse**
42R8295
  (Bel Fuse SRCA-16S10L)

**Brocade**
FESX 424 POE, FESX 448, FESX 624, and FESX 648
  (Delta E48SB12020)
FESX 424 POE, FESX 448, FESX 624, and FESX 648
  (Cherokee CBQ2548)
DCX, SW24000, and SW48000
  (Artesyn TQN20A48) [1 or 4]
DCX, SW24000, and SW48000
  (Artesyn IBC38AQT4812) [1 or 4]
DCX, SW24000, and SW48000
  (Cherokee CBQ2548) [1 or 4]
DCX, SW24000, and SW48000
  (Delta E48SB12020) [1 or 4]
DCX, SW24000, and SW48000
  (Delta Q48SB12040) [1 or 4]

**Cisco**
TwinPeaks/341-0224-01 (Artesyn IBC60AQN4896)
TwinPeaks/341-0224-01 (Delta Q48SB9R650)
TwinPeaks/341-0224-01 (Power-One QTS48T67096)
Kings/34-2280-01 (Bel Fuse 07CM-36S10L)
Kings/34-2280-01 (MPS QUS28096)
Kings/34-2280-01 (Lineage QUK240S9R041)
Kings/34-2280-01 (Power-One QTS48T38096)
Constellation/34-2359-01 (Bel Fuse 07CR-18S08L)
Constellation/34-2359-01 (MPS EUS30-080)
Taquila/34-2360-01 (Bel Fuse 07CR-25S10L)
Taquila/34-2360-01 (MPS EUS25-096)
Taquila/34-2360-01 (Power-One SQT48T27096)
Taquila/34-2360-01 (Power-One SQT48T38096)
Oahu/34-2387-01 (MPS QUS40-096)
Oahu/34-2387-01 (Power-One QTS48T46096)
Anaconda/34-2415-01 (MPS EUS34-096) [2]
Anaconda/34-2415-01 (Lineage EUK240S9R041) [2]
Anaconda/34-2415-01 (Power-One SQT48T38096) [2]
Estoril/34-2439-01 (Astec ALD17Q50N)
Estoril/34-2439-01 (Bel Fuse SRCA-16S10L)
Drawing no. 92/34-2483-01 (Artesyn IBC60AQN4896) [2]
Drawing no. 92/34-2483-01 (Delta Q48SB9R650) [2]
Drawing no. 92/34-2483-01 (Power-One QTS48T67096) [2]
Copperbelly/34-2206-01 (Bel Fuse 07CM-20S12L)
Copperbelly/34-2206-01 (Power-One QTS48T25120)
Const. Classic Supx: Lobos_05/34-2343-01
  (Bel Fuse 07CM-38S10L) [2]
Const. Classic Supx: Lobos_05/34-2343-01
  (Lineage QUK240S9R041) [2]

**Cray**
X2 Compute Blade
  (Cherokee SP628-Y01A)
  [4 w/ 2 CBQ2548G1N]
X2 Router Blade
  (Cherokee SP639)
  [1 w/ 2 CBQ2548G1N]
XT4 Compute Blade
  (Cherokee SP664-Y01A)
  [4 w/ 1 CBQ2548G1N]
XT4 I/O Blade
  (Cherokee SP664-Y01A)
  [3 w/ 1 CBQ2548G1N]
XT5 Compute Blade
  (Cherokee SP664-Y01A)
  [6 w/ 1 CBQ2548G1N]
XT5 I/O Blade
  (Cherokee SP664-Y01A)
  [3 w/ 1 CBQ2548G1N]
XE6/XT6 Compute Blade
  (Lineage SP0735-Y01A)
  [5 w/ 1 CBQ4248D1N]
XE6/XT6 I/O Blade
  (Lineage SP0735-Y01A)
  [3 w/ 1 CBQ4248D1N]