# EXHIBIT 3

# End Products Accused of Infringing Claims 21 and 30 of the '021 Patent

**Dell**
HT858, G636F, K690K, RX793, J327F, M727K, UU687, PK463 (Delta DPSN-470AP) [1 w/ 1 Q48SB12020-NRFE]
UJ688 (when used in system) (Delta DPSN-470AP) [1 w/ 1 Q48SB12020-NRFE]

**Extreme**
BD 8800 G48Xa Module, BD 8800 10G4Ca, and BD 8800 10G4Xa (MPS EUS15-120)

**Fujitsu**
FC9565ETA1 & FC9565TGD1 (Artesyn IBC32AEN4896)
FC9565ETA1 & FC9565TGD1 (Power-One SQT48T27096)
FC9565ETA1 & FC9565TGD1 (Lineage EUK240S9R041Z)
FC9565TBA1, LDP1, LDP3, and HDP1 (Murata MPDNB001S-Y )

**HP**
Superdome sx2000 (MPS QUS20120NVDR) [2]

**Juniper**
Juniper SP686 Products (Cherokee SP686)
Juniper SP704 Products (Cherokee SP704)

**Radisys**
PFS-287 (Cherokee CBQ2548G1N)

**Sun**
Sun Blade X8440 (Delta Q48SB12040) [2]

**Unisys**
Zorro Platform Products (Delta Q48SB12025) [1, 2, 3 or 4] and (Delta E48SB12020) [0 or 1]

19