# EXHIBIT 5

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF TEXAS
 2                    MARSHALL DIVISION

 3   SYNQOR, INC.                  *   Civil Docket No.
                                   *   2:07-CV-479
 4   VS.                           *   Marshall, Texas
                                   *
 5                                 *   December 15, 2010
     ARTESYN TECHNOLOGIES, ET AL   *   1:15 P.M.
 6
                    TRANSCRIPT OF JURY TRIAL
 7        BEFORE THE HONORABLE JUDGE T. JOHN WARD
                 UNITED STATES DISTRICT JUDGE
 8

 9   APPEARANCES:

10   FOR THE PLAINTIFF:        MR. THOMAS D. REIN
                               MR. RUSSELL E. CASS
11                             MS. STEPHANIE P. KOH
                               Sidley Austin
12                             Bank One Plaza
                               One South Dearborn Avenue
13                             Chicago, IL   60603

14                             MR. GIL GILLAM
                               Gillam & Smith
15                             303 South Washington Avenue
                               Marshall, TX   75670
16
                               MR. MICHAEL D. HATCHER
17                             Sidley Austin
                               717 North Harwood
18                             Suite 3400
                               Dallas, TX   75201
19

20   APPEARANCES CONTINUED ON NEXT PAGE:

21
     COURT REPORTERS:          MS. SUSAN SIMMONS, CSR
22                             MS. JUDITH WERLINGER, CSR
                               Official Court Reporters
23                             100 East Houston, Suite 125
                               Marshall, TX   75670
24                             903/935-3868

25   (Proceedings recorded by mechanical stenography,
     transcript produced on CAT system.)
```

APPEARANCES CONTINUED:

FOR THE DEFENDANTS:      MR. ROBERT J. MCAUGHAN, JR.
(ARTESYN & ASTEC         MR. ALBERT B. DEAVER, JR.
 AMERICA)                MR. JEFFREY A. ANDREWS
                         Locke Lord Bissell & Liddell
                         600 Travis Street
                         Suite 2800
                         Houston, TX   77002

                         MS. JENNIFER AINSWORTH
                         Wilson Robertson & Cornelius
                         909 ESE Loop 323
                         Suite 400
                         Tyler, TX   75703

(POWER-ONE &             MR. ALAN D. SMITH
 MURATA)                 MR. STEVEN R. KATZ
                         MS. WHITNEY A. REICHEL
                         MR. KEVIN K. SU
                         Fish & Richardson
                         One Marina Park Drive
                         Boston, MA   02210

                         MR. GLENN THAMES
                         Potter Minton
                         110 North College Street
                         Suite 500
                         Tyler, TX   75702

(BEL FUSE)               MR. STEVEN WILLIAMS
                         MS. JANE DU
                         Kennedy Clark & Williams
                         1700 Pacific Avenue
                         Suite 1280
                         Dallas, TX   75201

APPEARANCES CONTINUED ON NEXT PAGE:

1  APPEARANCES CONTINUED:

2  (LINEAGE POWER &          MR. WILLIAM CORNELIUS, JR.
   CHEROKEE                  Wilson Robertson & Cornelius
3  INTERNATIONAL)            909 ESE Loop 323
                             Suite 400
4                            Tyler, TX   75703

5                            MR. RICHARD C. VASQUEZ
                             MR. JEFF T. LINDGREN
6                            MR. ERIC W. BENISEK
                             MR. ROBERT MCARTHUR
7                            MR. CRAIG C. DAVIS
                             MR. STEPHEN C. STEINBERG
8                            Vasquez Benisek & Lindgren
                             3685 Mt. Diablo Blvd.
9                            Suite 300
                             Lafayette, CA   94549

10                 *        *        *        *

11

12                   P R O C E E D I N G S

13              LAW CLERK:  All rise for the jury.

14              (Jury in.)

15              LAW CLERK:  All rise.

16              THE COURT:  All right.  Please be seated.

17              All right.  If my witness will come back,

18  please.

19  Proceed.

20              MR. HATCHER:  Thank you, Your Honor.

21  Ladies and Gentlemen of the Jury.

22              Could we have the slide back up that we

23  had right at the time we left?

24              Thank you.

25   STEVEN LEEB, Ph.D., PLAINTIFF'S WITNESS, PREVIOUSLY

 1   some-odd years ago.  This time the Court laid out 15

 2   issues, 15 factors, relating to licensing, economic

 3   issues, and financial issues that are useful for

 4   assessing a reasonable royalty.

 5        Q.   Okay.  I want to go to a term we're going to

 6   use, which, to be quite honest, is uncommon to me.  It

 7   may be uncommon to some of the folks in the jury.  But

 8   it's a term called but-for world.  But-for world.

 9   Can you explain to the jury what the but-for world is

10   that we're going to be discussing at some length?

11        A.   Sure.  It's an issue that damage analysts such

12   as I often deal with, because we have to envision a

13   world that didn't exist.

14             We can look at the actual world where -- where

15   infringement took place, and the circumstances are very

16   different in that world.  But then we also consider the

17   but-for world.  But for infringement, what would have

18   happened if the Defendants had honored SynQor's patent

19   rights?

20             And then what would be the consequences for

21   prices in the industry, how SynQor would have developed

22   its products, how SynQor would have been able to take

23   advantage of its patented technology in the marketplace?

24   That but-for world has to be assessed.

25        Q.   All right.  I'm going to put up a