**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SYNQOR, INC.<br><br>                Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>                Defendant. | Civ. No. 2:14-CV-286-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO UNSEAL AN ORDER AND A REDACTED REPORT AND RECOMMENDATION

Before the Court is the parties' Joint Motion to Unseal an Order and a Report and Recommendation ("the Motion"). After careful consideration, the Court finds the Motion should be, and hereby is, GRANTED. The clerk is directed to unseal Dkt. 193 and the redacted version of Dkt. 159.

**SIGNED this 29th day of September, 2014.**

_/s/ Caroline M. Craven_
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE