**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SYNQOR, INC. | § | |
| | § | |
| V. | § | No. 2:14-CV-286 |
| | § | |
| CISCO SYSTEMS, INC. | § | |

| | | |
|---|---|---|
| SYNQOR, INC. | § | |
| | § | |
| v. | § | No. 2:14CV287 |
| | § | |
| VICOR CORPORATION | § | |

## ORDER REGARDING JANUARY TRIAL DATES

The Court had previously indicated these cases would be scheduled for trial in January 2015. The Court must continue the tentative trial settings in the above cases, as January is no longer a viable option.[1]  At this time the Court is unable to provide firm trial settings, but the parties can be assured it will continue to issue rulings on the pending motions as expeditiously as possible. Accordingly, it is

**ORDERED** the December 2, 2014 pretrial conference in 2:14cv286 and the December 4, 2014 pretrial conference in 2:14cv287 are **CONTINUED** until such time as the trials can be reset. (Until further Order of the Court, the parties are excused from engaging in meaningful discussions regarding limiting objections to exhibits and deposition designations.)  It is further

**ORDERED** the following motions are denied without prejudice to refiling, after the Court

---

[1] The Court notes Cisco Systems, Inc. has filed a Motion for Relief from Potential Trial Setting between January 5 and January 22, 2015.  (Docket Entry #186).  Given this Order, the motion is **denied as moot**.

1

reschedules the cases for trial:

(1) SynQor's Motion for a Separate Bench Trial on Cisco's Equitable Affirmative Defenses (Docket Entry # 163 in Cause No. 2:14cv286);

(2) SynQor's Motions in Limine (Docket Entry #174 in Cause No 2:14cv286);

(3) Cisco Systems, Inc.'s Motions in Limine (Docket Entry #175 in Cause No 2:14cv286);

(4) SynQor, Inc.'s Motion for a Separate Trial on Certain Vicor Counterclaims and Equitable Defenses (Docket Entry #98 in Cause No 2:14cv287);

(5) SynQor's Motions in Limine (Docket Entry #168 in Cause No 2:14cv287); and

(6) Vicor Corporation's Motions in Limine (Docket Entry #171 in Cause No 2:14cv287).

**IT IS SO ORDERED.**

**SIGNED this 23rd day of October, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE