**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SYNQOR, INC.<br><br>         Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC.<br><br>         Defendant. | Civ. No. 2:14-CV-286-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |
| SYNQOR, INC.<br><br>         Plaintiff,<br><br>    v.<br><br>VICOR CORPORATION<br><br>         Defendant. | Civ. No. 2:14-CV-287-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO EXTEND OBJECTION DEADLINE FOR NOVEMBER 21, 2014 REPORTS & RECOMMENDATIONS**

On this day, the Court considered the parties' Joint Motion To Extend Objection Deadline For November 21, 2014 Reports & Recommendations. After careful consideration, the Court finds that this Motion should be, and hereby is, GRANTED. The Court adopts the briefing schedule set forth in the table below:

| | |
|---|---|
| Deadline for filing objections to November 21, 2014 Reports & Recommendations | December 12, 2014 |
| Deadline for filing responses to objections | January 7, 2015 |
| Deadline for filing replies to objections | January 20, 2015 |
| Deadline for filing sur-replies to objections | January 30, 2015 |

**SIGNED this 1st day of December, 2014.**

*[signature: Caroline M. Craven]*

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

2