# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>*Defendants.* | Civil Action No. 2:14-cv-286-MHS-CMC |
| SYNQOR, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>VICOR CORP.<br><br>*Defendants.* | Civil Action No. 2:14-cv-287-MHS-CMC |

## ORDER

Previously, the Court appointed Richard Egan as technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. The Court has received a bill representing services rendered and expenses incurred prior to and including November 30, 2014. Upon review, the Court finds the total amount charged, $7,507.50, to be appropriate and **ORDERS** Plaintiff to pay one half and Defendants to pay one half.

Payment should be made by **January 4, 2015**, to 1101 S. Capital of Texas Highway Building C, Suite 200, Austin, Texas 78746.

**IT IS SO ORDERED**.

**SIGNED this 4th day of December, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE