UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>Defendant. | Civ. No. 2:14-CV-286-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION REGARDING SUMMARY JUDGMENT REPORTS AND RECOMMENDATIONS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff SynQor, Inc. ("SynQor") and Defendant Cisco Systems, Inc. ("Cisco") that:

1. If and only if the District Court adopts, in its entirety, the Magistrate Judge's recommendation that "Cisco's Motion for Partial Summary Judgment No. 1: Noninfringement by Products Incorporating New CPNs (Docket Entry #102) be **GRANTED,** except to the extent SynQor is able to prove certain systems incorporating new CPNs do not have input voltages which produce regulated outputs," then, in light of the Magistrate Judge's recommendation:

    a) SynQor will no longer assert in this case that the accused (non-Vicor) New CPNs that were the subject of Cisco's Motion for Partial Summary Judgment No. 1 infringe any of the asserted claims of U.S. Patent Nos. 7,072,190, 7,269,034, 7,272,021, 7,558,083, 7,564,702, and 8,023,290.

    b) Cisco will no longer assert in this case a non-infringement defense based on the non-isolated converters in any of its accused end products allegedly

       not meeting the multiple non-isolated regulation stage/converter limitations, for instance because they allegedly are not regulation stages.

   c) Cisco will no longer assert in this case any written description or enablement defense or counterclaim.

  2. Notwithstanding the foregoing, each party reserves the right to file objections to the Magistrate Judge's Report and Recommendation on Cisco's Motion No. 1 and to appeal the District Court's ultimate ruling on Cisco's Motion No. 1.  Each party also reserves the right to file objections to the Magistrate Judge's Report and Recommendation on SynQor, Inc. 's Motion for Summary Judgment on Defendants' § 112 Affirmative Defenses and Counterclaims and Cisco's Motion No. 4 and to appeal the District Court's ultimate ruling on SynQor, Inc.'s Motion for Summary Judgment on Defendants' § 112 Affirmative Defenses and Counterclaims and Cisco's Motion No. 4.  Cisco also reserves the right to assert a written description or enablement defense if the District Court or the Court of Appeals modifies the Magistrate Judge's Report and Recommendations regarding Cisco's Motion No. 1, and SynQor reserves the right to challenge any such defenses.  If the District Court modifies the Magistrate Judge's Report and Recommendation regarding Cisco's Motion No. 1, the parties agree to meet and confer regarding the implications of such a decision.

  3. Cisco and SynQor agree that the Magistrate Judge's Report and Recommendation on SynQor, Inc.'s Motion for Summary Judgment on Defendants' § 112 Affirmative Defenses and Counterclaims and Cisco's Motion No. 4 rejected Cisco's indefiniteness defenses and counterclaims as a matter of law based, at least in part, on its ruling on Cisco's Motion No. 1.  Accordingly, Cisco agrees not to oppose a SynQor motion to clarify the Report and Recommendation to reflect that SynQor's Motion for Summary Judgment on Defendants' § 112

Affirmative Defenses and Counterclaims is granted with respect to Cisco's indefiniteness defenses and counterclaims to the extent the district court adopts the Magistrate Judge's Report and Recommendation on Cisco's Motion No. 1 in its entirety.

4. Notwithstanding the foregoing, Cisco reserves the right to object to the Magistrate Judge's rejection of Cisco's indefiniteness defenses and counterclaims and to appeal the District Court's ultimate ruling on indefiniteness, and SynQor reserves the right to appeal any ultimate ruling by the District Court on Cisco's indefiniteness defenses and counterclaims.

| Dated: December 8, 2014 | /s/ Louis W. Tompros, with permission by David. T. DeZern |
|---|---|
| Douglas M. Kubehl<br>  douglas.kubehl@bakerbotts.com<br>Kurt M. Pankratz<br>  kurt.pankratz l@bakerbotts.com<br>Christa Brown-Sanford<br>  christa.brown-sanford@bakerbotts.com<br>Roshan S. Mansinghani<br>  roshan.mansinghani@bakerbotts.com<br>R. Scott McClelland<br>  scott.mcclelland@bakerbotts.com<br>**BAKER BOTTS L.L.P.**<br>2001 Ross Avenue, Suite 600<br>Dallas, Texas 75201-2980<br>Telephone: (214) 953-6584<br>Facsimile: (214) 953-4584<br><br>Michael E. Jones (SBN: 10929400)<br>  mikejones@potterminton.com<br>Allen Franklin Gardner (SBN: 24043679)<br>  allengardner@potterminton.com<br>**POTTER MINTON**<br>A Professional Corporation<br>110 N. College, Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br><br>Andrea Pacelli (admitted *pro hac vice*)<br>  andrea.pacelli@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888 | William F. Lee (admitted *pro hac vice*)<br>  william.lee@wilmerhale.com<br>  Lead Attorney<br>Louis W. Tompros (admitted *pro hac vice*)<br>  louis.tompros@wilmerhale.com<br>Richard A. Goldenberg (admitted *pro hac vice*)<br>  richard.goldenberg@wilmerhale.com<br>Rachel I. Gurvich (admitted *pro hac vice*)<br>  rachel.gurvich@wilmerhale.com<br>Andrew J. Danford (admitted *pro hac vice*)<br>  andrew.danford@wilmerhale.com<br>Kelli J. Powell (admitted *pro hac vice*)<br>  kelli.powell@wilmerhale.com<br>Dana O. Burwell (admitted *pro hac vice*)<br>  dana.burwell@wilmerhale.com<br>Allison Trzop (admitted *pro hac vice*)<br>  allison.trzop@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>Rachel L. Weiner (admitted *pro hac vice*)<br>  rachel.weiner@wilmerhale.com<br>Jonathan Uffelman (admitted *pro hac vice*)<br>  jonathan.uffelman@wilmerhale.com<br>**WILMER CUTLER PICKERING<br>  HALE AND DORR LLP**<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>**ATTORNEYS FOR<br>DEFENDANT CISCO SYSTEMS, INC.** |

*/s/ David T. DeZern*
**Thomas D. Rein** (*admitted pro hac vice*)
Lead Attorney
trein@sidley.com
**Russell E. Cass** (*admitted pro hac vice*)
rcass@sidley.com
**Stephanie P. Koh** (*admitted pro hac vice*)
skoh@sidley.com
**Bryan C. Mulder** (*admitted pro hac vice*)
bmulder@sidley.com
**Nathaniel C. Love** (*admitted pro hac vice*)
nlove@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7000
Facsimile: 312.853.7036

**Michael D. Hatcher**
Texas State Bar No. 24027067
mhatcher@sidley.com
**David T. DeZern**
Texas State Bar No. 24059677
ddezern@sidley.com
SIDLEY AUSTIN LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: 214.981.3300
Facsimile: 214.981.3400

**ATTORNEYS FOR PLAINTIFF SYNQOR, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being served on counsel of record via the Court's CM/ECF system on December 8, 2014.

*/s/ David T. DeZern*
David T. DeZern