## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC. | |
| Plaintiff, | Civ. No. 2:14-cv-286-MHS-CMC |
| v. | **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC., | |
| Defendant. | |

## ORDER GRANTING UNOPPOSED MOTION TO CLARIFY REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE REGARDING SYNQOR'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' § 112 AFFIRMATIVE DEFENSES AND COUNTERCLAIMS (DKT. 104)

On this day, the Court considered SynQor, Inc.'s Unopposed Motion to Clarify Report And Recommendation of the United States Magistrate Judge Regarding SynQor's Motion for Summary Judgment on Defendants' § 112 Affirmative Defenses and Counterclaims (Dkt. 104). After careful consideration, the Court finds that SynQor's Motion to Clarify should be, and hereby is, GRANTED.  It is further recommended that SynQor's Motion for Summary Judgment on Defendants' § 112 Affirmative Defenses and Counterclaims (Dkt. 104) be GRANTED with respect to Cisco's indefiniteness defenses to the extent the district court adopts the Report and Recommendation on Cisco's Motion No. 1 in its entirety.

**SIGNED this 15th day of December, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE