GENERAL ORDER 14-20

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## GENERAL ORDER ASSIGNING CIVIL AND CRIMINAL ACTIONS

In accordance with 28 U.S.C. § 137 and the agreement of the judges affected hereby, it is ORDERED that all civil and criminal cases filed shall be assigned to individual judges of this district in the proportions listed below:[1]

| DISTRICT JUDGE | CASELOAD |
|---|---|
| JUDGE RICHARD SCHELL | Sherman Civil Non-Patent and Criminal = 5% |
| JUDGE RON CLARK | Beaumont Civil and Criminal = 35%<br>Beaumont Patent = 100%<br>Sherman Civil Non-Patent = 45%<br>Sherman Patent = 50% |
| JUDGE MARCIA CRONE | Beaumont Non-Patent Civil and Criminal = 45%<br>Sherman Criminal = 45%<br>Beaumont, Lufkin and Sherman Capital Murder and Murder Cases = 100% |
| JUDGE MICHAEL SCHNEIDER | Tyler Civil Non-Patent = 100%<br>Tyler Criminal = 100%<br>Lufkin Civil and Criminal = 100% |
| JUDGE J. RODNEY GILSTRAP | Marshall Civil = 80%<br>Marshall Criminal = 100%<br>Texarkana Civil = 20%<br>Tyler Patent = 30% |

---

[1] Case assignments to Judge Amos Mazzant and Trey Schroeder, who have been confirmed by the Senate to become U.S. district judges, will become effective when they are sworn in.

| JUDGE AMOS MAZZANT | Sherman Civil and Criminal = 50% |
|---|---|
| JUDGE TREY SCHROEDER | Texarkana Civil = 80%<br>Texarkana Criminal = 100%<br>Marshall Civil = 20%<br>Tyler Patent = 70% |
| SENIOR JUDGE THAD HEARTFIELD | Beaumont Civil Non-Patent and Criminal = 20% |

Until such time as Judge Mazzant and Trey Schroeder are sworn in, all Texarkana and Marshall cases, and Tyler patent cases, will be assigned to Judge Gilstrap, and all Sherman cases will be assigned to Judge Clark (civil) and Judge Crone (criminal).

This order is effective immediately and prospectively as to all newly-filed cases.

Signed this 19th day of December, 2014.

**FOR THE COURT:**

_____
LEONARD DAVIS
Chief Judge