IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

ORDER TRANSFERRING CASES

Pursuant to the *General Order Assigning Civil and Criminal Actions* (GO 14-20) entered on December 19, 2014, the Court **TRANSFERS** the following cases to the Honorable Trey Schroeder:

| 2:10cv572  | GeoTag, Inc v. Starbucks Corp, et al |
| 2:11cv193  | Internet Machines MC LLC v. PLX Technology, Inc., et al |
| 2:11cv418  | DietGoal Innovations LLC v. Arby's Restaurant Group, Inc., et al |
| 2:12cv400  | Diece-Lisa Industries, Inc. v. Disney Enterprises, Inc. |
| 2:13cv752  | Babbage Holdings, LLC v. The Walt Disney Company, et al |
| 2:13cv785  | Boyce v. Ethicon |
| 2:13cv1091 | Phoenix Licensing, LLC, et al v. Ford Motor Company |
| 2:14cv47   | Dominguez v. Lufkin Industries, Inc. |
| 2:14cv70   | Diece-Lisa Industries, Inc. v. Disney Enterprises, Inc. |
| 2:14cv286  | SynQor, Inc. v. Cisco Systems, Inc. |
| 2:14cv287  | SynQor, Inc. v. Vicor Corporation |
| 2:14cv678  | Wall v. Ethicon, Inc. |
| 2:14cv683  | My Health, Inc. v. LifeScan, Inc. |
| 2:14cv931  | Autoloxer LLC v. Ford Motor Company |
| 2:14cv1003 | Ashby v. Ethicon, Inc. |

SO ORDERED.

SIGNED this 23rd day of December, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE