# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC. <br><br> Defendant. | CASE NO.  2:14-cv-286-MHS-CMC <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS ATTORNEYS

On this date came for consideration the Unopposed Motion to Withdraw as Attorneys. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Unopposed Motion to Withdraw as Attorneys be and hereby is GRANTED, and that S. Calvin Capshaw, Elizabeth L. DeRieux, D. Jeffrey Rambin and the law firm of Capshaw DeRieux, LLP is no longer counsel of record for Plaintiff, SynQor, Inc.

**SIGNED this 7th day of January, 2015.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE