# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |
|---|---|
| SynQor, Inc.<br><br>                Plaintiff,<br><br>   v.<br><br>Cisco Systems, Inc.<br><br>                Defendant. | Civ. No. 2:14-CV-286-RWS-CMC |

## SYNQOR, INC.'S NOTICE OF FILING OF REDACTED PUBLIC VERSION OF SYNQOR'S OPPOSITION TO CISCO'S MOTION TO STAY TRIAL

Plaintiff SynQor, Inc. ("SynQor") hereby notifies the Court that it is filing, attached hereto as Exhibit 1, a redacted public version of SynQor's Opposition to Cisco's Motion to Stay Trial, which was previously filed under seal at Dkt. 270. SynQor is filing this redacted public version for the convenience of the public and the Court, due to the fact that Cisco's motion was not filed under seal and only very limited information in SynQor's Opposition is confidential.

Dated: August 3, 2015

*/s/ Bryan C. Mulder*

**Thomas D. Rein** (*admitted pro hac vice*)
Lead Attorney
trein@sidley.com
**Russell E. Cass** (*admitted pro hac vice*)
rcass@sidley.com
**Stephanie P. Koh** (*admitted pro hac vice*)
skoh@sidley.com
**Bryan C. Mulder** (*admitted pro hac vice*)
bmulder@sidley.com
**Nathaniel C. Love** (*admitted pro hac vice*)
nlove@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603

Telephone: 312.853.7000
Facsimile: 312.853.7036

**Michael D. Hatcher**
Texas State Bar No. 24027067
mhatcher@sidley.com
**David T. DeZern**
Texas State Bar No. 24059677
ddezern@sidley.com
SIDLEY AUSTIN LLP
717 North Harwood, Suite 3400
Dallas, TX 75201
Telephone: 214.981.3300
Facsimile: 214.981.3400

**ATTORNEYS FOR PLAINTIFF SYNQOR, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 3, 2015.

                                     */s/ Bryan C. Mulder*
                                       Bryan C. Mulder