UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.<br><br>                    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>                    Defendant. | Civ. No. 2:14-cv-286-RWS-CMC<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING DEFENDANT CISCO SYSTEMS, INC.'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Before the Court is the Unopposed Motion for Withdrawal of Counsel brought by Cisco Systems, Inc.  The Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Rachel I. Gurvich, formerly with the law firm Wilmer, Cutler, Pickering, Hale & Dorr is withdrawn as counsel of record in the above referenced civil action with respect to Defendant Cisco Systems, Inc.

IT IS FURTHER ORDERED that the clerk shall terminate CM/ECF notices as to Rachel I. Gurvich for the above referenced civil action.

**SIGNED this 4th day of August, 2015.**

*Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

{A07/07637/0021/W1321664.1 }