**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SYNQOR, INC.<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CISCO SYSTEMS, INC.<br><br>　　　　　　　Defendant. | Civ. No. 2:14-CV-286-RWS-CMC<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO AMEND TRIAL PREPARATION ORDER

Before the Court is the parties' Joint Motion to Amend Trial Preparation Order. After careful consideration, the Court finds the Motion should be, and hereby is, GRANTED. Accordingly, the Court's Trial Preparation Order (Dkt. 263) is hereby amended as requested and it is further ORDERED that:

### Exchange of Demonstratives During Trial

Pursuant to the parties' agreement, the exchange of demonstrative exhibits and exhibit lists during trial will proceed as follows:

1. Each party will provide by email a copy of all demonstratives and a list of exhibits it intends to use at trial the following day during direct examination by no later than **7:30 PM**.

2. The receiving party will provide any objections to such demonstratives and/or exhibits by **9:30 PM**.

3. The parties shall thereafter meet and confer in good faith to resolve objections prior to the resumption of trial.

4. If the parties are not able to resolve objections by 11:00 PM, the objecting party may file a brief written objection with the Court by **1:00 AM**, and a written response to such objection may be filed by **7:00 AM** the next day. Regardless, the parties are strongly encouraged to continue to meet and confer to resolve any objections prior to the resumption of trial.

In light of this order and the parties' agreement regarding the exchange of demonstratives during trial, the parties need not list demonstrative exhibits in the exhibit lists to be exchanged pursuant to Dkt. 263, ¶II.4(c).

**Responses to Exhibit List Objections**

The parties are relieved from the Trial Preparation Order's requirement to file responses to objections exhibit lists.  Instead, the parties shall engage in meaningful discussions regarding limiting the objections to exhibits.  On or before November 3, 2015, the parties shall provide the Court with a notebook containing a description of the remaining objections to the contested exhibits. Where possible, the parties shall group the exhibits into broad categories so that objections to the exhibits may be argued as to certain groups. The contested exhibits must be available for review at the final pretrial conferences to assist the Court in ruling.

**Motions in Limine**

The Trial Preparation Order (Dkt. 263) is hereby amended such that responses to motions in limine may be filed within one week of the filing of the motion.

**SIGNED this 17th day of August, 2015.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE