# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.<br><br>Defendant. | Civ. No. 2:14-CV-286-RWS-CMC<br><br>**JURY TRIAL DEMANDED** |

## JOINT SUBMISSION OF NARROWED LIST OF
## OBJECTIONS TO DEPOSITION DESIGNATIONS

Pursuant to the Court's Order Regarding Motions in Limine and Objections to Exhibits and Deposition Designations (Dkt. 295), Plaintiff SynQor, Inc. and Defendant Cisco Systems, Inc. (collectively "the Parties") submit the following narrowed list of remaining objections to deposition designations.

| SynQor's Objections to Cisco's Designations | | | |
|---|---|---|---|
| | **Deponent/Date** | **Pages/Lines** | **Objection(s)** |
| 1. | Steigerwald, Robert (10/28/2013) | All designations | Contrary to the parties' stipulation at Dkt. 299 (Joint Pre-Trial Order) at 8 (¶19); Improper Expert Testimony (Rule 701, 702); Unfairly prejudicial (Rule 403) |

| SynQor's Objections to Cisco's Designations | | | |
|---|---|---|---|
| | **Deponent/Date** | **Pages/Lines** | **Objection(s)** |
| 2. | Vinciarelli, Patrizio (3/9/2011) | 92:12 – 96:3 | Lack of Foundation; Lack of Personal Knowledge (Rule 602); Calls for Speculation; Unfairly prejudicial (Rule 403); Relevance (Rule 402) |

| Cisco's Objections to SynQor's Designations | | | |
|---|---|---|---|
| | **Deponent/Date** | **Pages/Lines** | **Objection(s)** |
| 1. | Ballenger, January 15, 2014 | 25:11-28:5<br>28:8-20 | Hearsay (Rule 803) [PTX-968] |
| 2. | Ballenger, January 15, 2014 | 36:16-37:10<br>38:6-39:15 | Excluded Under Motion *in Limine* No. 1; Unfairly prejudicial (Rule 403) |
| 3. | Phillip Davies, January 17, 2014 | 97:16-98:17<br>100:21-101:20<br>102:3-103:3 | Hearsay (Rule 803) [PTX-1154] |
| 4. | Montminy, February 19, 2014 | 366:5-8<br>366:18-367:2<br>369:5-22 | Hearsay (Rule 803) [PTX-1197 and PTX-1198] |
| 5. | Prager, March 10, 2011 | 66:9-12<br>66:17-23<br>67:10-14 | Undisclosed/improper expert opinion (Rule 702; Rule 26) |

The parties have otherwise resolved all disputes concerning deposition designations and will submit a table of agreed-to and pre-admitted testimony following the November 6, 2015 continued pretrial conference.

Dated: November 6, 2015

/s/ David T. DeZern
**Thomas D. Rein** (*admitted pro hac vice*)
Lead Attorney
trein@sidley.com
**Russell E. Cass** (*admitted pro hac vice*)
rcass@sidley.com
**Stephanie P. Koh** (*admitted pro hac vice*)
skoh@sidley.com
**Bryan C. Mulder** (*admitted pro hac vice*)
bmulder@sidley.com
**Nathaniel C. Love** (*admitted pro hac vice*)
nlove@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7000
Facsimile: 312.853.7036

**Michael D. Hatcher**
Texas State Bar No. 24027067
mhatcher@sidley.com
**David T. DeZern**
Texas State Bar No. 24059677
ddezern@sidley.com
SIDLEY AUSTIN LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: 214.981.3300
Facsimile: 214.981.3400

***ATTORNEYS FOR PLAINTIFF SYNQOR, INC.***

Dated: November 6, 2015

Respectfully submitted,

*/s/Louis W. Tompros (with permission by David T. DeZern)*

Douglas M. Kubehl
  douglas.kubehl@bakerbotts.com
Kurt M. Pankratz
  kurt.pankratz l@bakerbotts.com
Christa Brown-Sanford
  christa.brown-sanford@bakerbotts.com
Roshan S. Mansinghani
  roshan.mansinghani@bakerbotts.com
R. Scott McClelland
  scott.mcclelland@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980
Telephone: (214) 953-6584
Facsimile: (214) 953-4584

Michael E. Jones (SBN: 10929400)
  mikejones@potterminton.com
Allen Franklin Gardner (SBN: 24043679)
  allengardner@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas  75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Andrea Pacelli (admitted *pro hac vice*)
  andrea.pacelli@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

**ATTORNEYS FOR
DEFENDANT CISCO SYSTEMS, INC.**

William F. Lee (admitted *pro hac vice*)
  Lead Attorney
  william.lee@wilmerhale.com
Louis W. Tompros (admitted *pro hac vice*)
  louis.tompros@wilmerhale.com
Richard A. Goldenberg (admitted *pro hac vice*)
  richard.goldenberg@wilmerhale.com
Andrew J. Danford (admitted *pro hac vice*)
  andrew.danford@wilmerhale.com
Kelli J. Powell (admitted *pro hac vice*)
  kelli.powell@wilmerhale.com
Dana O. Burwell (admitted *pro hac vice*)
  dana.burwell@wilmerhale.com
Allison Trzop (admitted *pro hac vice*)
  allison.trzop@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Rachel L. Weiner (admitted *pro hac vice*)
  rachel.weiner@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

# **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 6, 2015.

      */s/ David T. DeZern*