IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SynQor, Inc.<br><br>    Plaintiff,<br><br>v.<br><br>Cisco Systems, Inc.<br><br>    Defendant. | Civ. No. 2:14-cv-00286-RWS-CMC<br><br>**JURY TRIAL** |

**DECLARATION OF KELLI J. POWELL IN SUPPORT OF CISCO'S OPPOSITION TO SYNQOR'S MOTION TO RECONSIDER ORDER ON MOTIONS IN *LIMINE***

I, Kelli J. Powell, hereby declare as follows:

1. I am an attorney admitted to this Court *pro hac vice* and admitted to practice in Massachusetts, under bar number 6820793. I am a Senior Associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Cisco Systems Inc. ("Cisco") in the above-captioned matter. I provide this declaration in support of Cisco's Opposition to SynQor's Motion to Reconsider Order on Motions *in Limine* (Dkt. 344). I have personal knowledge of the information set forth herein, and I could and would competently testify thereto if called as a witness.

2. Attached hereto as Exhibit 1 is a true and accurate copy of excerpts from Dkt. 338, Pre-Trial Conference Hearing Transcript, dated November 5, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 18, 2015                    */s/ Kelli J. Powell*
                                            Kelli J. Powell