**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SYNQOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Civ. No. 2:14-cv-286-RWS-CMC <br><br> **JURY TRIAL** |

**ORDER DENYING
PLAINTIFF SYNQOR'S MOTION TO RECONSIDER ORDER ON
<u>MOTIONS *IN LIMINE*</u>**

Having considered Plaintiff SynQor, Inc.'s Motion to Reconsider Order on Motions *in Limine* [Dkt. #344] and Defendant Cisco Systems, Inc.'s response, it is hereby ORDERED that Plaintiff SynQor, Inc.'s motion to reconsider be DENIED accordingly:

Motion to Reconsider as to **SynQor's Motion *in Limine* No. 1**        DENIED: _____

Motion to Reconsider as to **SynQor's Motion *in Limine* No. 2**        DENIED: _____

Motion to Reconsider as to **SynQor's Motion *in Limine* No. 3**        DENIED: _____

Motion to Reconsider as to **SynQor's Motion *in Limine* No. 4**        DENIED: _____

Motion to Reconsider as to **SynQor's Motion *in Limine* No. 5**        DENIED: _____

Motion to Reconsider as to **SynQor's Motion *in Limine* No. 6**        DENIED: _____

Motion to Reconsider as to **SynQor's Motion *in Limine* No. 7**        DENIED: _____

Motion to Reconsider as to **SynQor's Motion *in Limine* No. 8**        DENIED: _____

Motion to Reconsider as to **SynQor's Motion *in Limine* No. 9**        DENIED: _____

Motion to Reconsider as to **SynQor's Motion *in Limine* No. 10**       DENIED: _____

Motion to Reconsider as to **Cisco's Motion** *in Limine* **No. 1**          DENIED: _____